6) I will agree to nonsuit my lawsuits against UTSA and its staff: *Retzlaff v. UTSA*, case no. 2008-CI-03808 in the 45th Judicial District Court; *Retzlaff v. Lynda Yvonne de la Vina, et al.*, case no. 336249 in County Court at Law # 10, that is now pending in the U.S. District Court for San Antonio, case no. SA-08-CA0170; and I will dismiss the case against Kyle Snyder that is presently pending in *Retzlaff v. Zhu Lan, et al.*, case no. 334173 in County Court at Law No. 5.

I was a student in good standing before the Chinese girl became involved in my life, and that is all that I want to continue to be.

I can certainly cause a lot of problems for these people for a good long time to come. Not to mention the time away from their jobs and the embarrassment and the hassles.

Lars Hagen once mentioned that he thought litigation was my hobby. I disagreed with him at the time because I really consider golf to be my hobby. But in thinking back and reflecting on his thought and some of the stuff I have been involved in, I have come to the conclusion that he is basically correct. While litigation may be a hobby, it is a hobby that I am very, very good at and, like most hobbies, it is one that I enjoy and have a lot of fun at.

For me the stakes are very small. If I get expelled, so what. There are other schools and there are certainly other things I can do in my evening time besides going to night school (like spending time with my kids!). And even if I were to ultimately lose some of these lawsuits, so what. It doesn't matter to me anymore than losing a round of golf to a friend matters to me. There will be other golf games and I certainly do not lose very often (hardly at all, really).

But the stakes for them are enormous: University officials on trial for civil rights violations, defamation, and communist spies knowingly allowed to enroll at UTSA via this Liu Foundation. And then there is Richard Liu – the big time UTSA donor who has now been made a defendant and who will have to appear in court to talk about Chinese spies and his program. If he gets pissed, the donations stop and the program ends. It is that simple.

I guess you know now why Lars handed this case off to you.

In any event, I thank you very much for your time, Sir, and I look forward to hearing from you soon.

Sincerely yours,

Tom

Tom Retzlaff

**EXHIBIT A**