# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 22, 2008

Gail A. Jensen
Office Of Legal Affairs
One UTSA Circle, Jpl 4.04.08
San Antonio, Texas 78249

RE:   S0050820185   Tom Retzlaff - Gail A. Jensen

Dear Ms. Jensen:

The Office of Chief Disciplinary Counsel of the State Bar of Texas has received the above-referenced Grievance, a copy of which is enclosed for your information.

This office has examined the Grievance and determined that the information provided does not allege Professional Misconduct or a Disability. Pursuant to the Texas Rules of Disciplinary Procedure, this matter has therefore been classified as an Inquiry and has been dismissed.

The Complainant may appeal this determination to the Board of Disciplinary Appeals. You will be notified in writing if this occurs. No action on your part is necessary at this time.

Disciplinary Proceedings, including the investigation and processing of a Complaint, are strictly confidential and not subject to discovery. The pendency, subject matter and status of a Disciplinary Proceeding may be disclosed by a Complainant, Respondent, or the Chief Disciplinary Counsel if the Respondent has waived confidentiality or the Disciplinary Proceeding is based upon a conviction for a Serious Crime.

Pursuant to Texas Government Code § 81.072(o), if a Grievance is dismissed as an Inquiry and that dismissal has become final, an attorney may deny that the dismissed Grievance was pursued.

The State Bar Act requires that all dismissed grievances (other than where the person complained about is deceased or disbarred, or not a lawyer) be referred to the State Bar's voluntary dispute resolution program, the Client-Attorney Assistance Program (CAAP). The Complainant has been so notified.

EXHIBIT B

For additional information, you may contact CAAP at 1-800-932-1900.

Sincerely,

J.M. Richards
Senior Investigator
Office of Chief Disciplinary Counsel
State Bar of Texas

Enclosure

CF1-10.