Cause No. 338432

| | | |
|---|---|---|
| TOM RETZLAFF, | § § | IN THE COUNTY COURT |
| Plaintiff, | § § | |
| v. | § § | AT LAW NO. 3 |
| GOAMERICA COMMUNICATIONS CORPORATION, AARON DAVID DUBRINSKI, JOHN and/or JANE DOE, | § § § § | |
| Defendants. | § § | OF BEXAR COUNTY, TEXAS |

## ORDER

ON THIS 26th day of June, 2008, came to be heard GoAmerica, Inc.'s Motion for Expedited Hearing on its Amended Motion for Rule 13 Sanctions and Motion to Declare Plaintiff a Vexatious Litigant and Request for Substituted Service on Plaintiff. The Court, having reviewed the motion and considered all matters raised, finds that it should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Mr. Retzlaff is prohibited from appearing, contacting, communicating, or coming within 150 feet of any past or present officer, director, employee, agent or attorney of GoAmerica, Inc., including Aaron David Dobrinsky; and

**IT IS FURTHER ORDERED** that Mr. Retzlaff is prohibited from appearing or coming within 150 feet of the offices of Davis, Cedillo & Mendoza, Inc. located at 755 E. Mulberry, McCombs Plaza, San Antonio, Texas; and

**IT IS FURTHER ORDERED** that Mr. Retzlaff is prohibited from coming within 150 feet of David S. Denton, unless Mr. Retzlaff is appearing for a hearing or other court-approved matter specifically related to the administration of this lawsuit; and

NY2 - 498572.01

**EXHIBIT C**

**IT IS FURTHER ORDERED** that Mr. Retzlaff is prohibited from appearing or coming within 150 feet of the offices of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York; and

**IT IS FURTHER ORDERED** that Mr. Retzlaff is prohibited from filing any litigations in any court located in the State of Texas without first obtaining permission of the local administrative judge after the local administrative judge finds that the proposed litigation has merit and has not been filed for the purpose of harassment or delay; and

**IT IS FURTHER ORDERED** that *Retzlaff v. GoAmerica Communications Corporation, et al.*; Cause No. 338432; pending in the County Court at Law No. 3, is stayed pursuant to Texas Civil Practice & Remedies Code § 11.052 pending determination of GoAmerica's Motion to Declare Plaintiff a Vexatious Litigant; and

**IT IS FURTHER ORDERED** that Mr. Retzlaff is prohibited from filing any motion in the instant action without first obtaining permission from the Court.

SIGNED this ___ day of June, 2008.

*Karen Crouch*
JUDGE PRESIDING

T:\17000 - 17999\17600-17699\17688.0001\Pleadings-Motions\order.temp.final.DOC