

# LAW OFFICE OF LOUIS D. MARTINEZ
## ATTORNEY AT LAW
*MARIA ELIAS, PARALEGAL*

**1004 S ST MARYS ST**  
**SAN ANTONIO, TEXAS 78207**

**OFFICE: 210-222-8785**  
**FAX: 210-223-1263**  
email: <u>louisdmartinez@yahoo.com</u>

---

June 23, 2008

Mr. Lars Hagen  
Assistant Attorney General  
P.O. Box 12548  
Austin, Texas 78711-2548  
Tel: 512-463-2120  
fax: 512-320-0667

Re:   *Retzlaff v. de la Vina, et al, Civil Oaction No. 5:08-CV-00170-OLG, U.S. District Court for the Western District of Texas (San Antonio Division)*

Dear Mr. Hagen,

I apologize for not responding earlier to your letter in reference to setting the deposition for the above mentioned case. I am currently in the process of negotiating a withdraw as counsel with my client, in which at that point you can schedule the setting directly with Mr. Retzlaff.

If you have any questions in reference to the above mentioned matter, please call me at the office.

Respectfully,

*Louis D. Martinez*

LOUIS D. MARTINEZ  
Attorney At Law

ldm/mce

**EXHIBIT**  
**E**