----- Original Message -----
From: Dave Hernandez
To: louisdmartinez@yahoo.com <louisdmartinez@yahoo.com>
Cc: Ricardo Romo; Gail Jensen
Sent: Sat Jun 28 21:17:29 2008
Subject: RE: TOM RETZLAFF

Dear Mr. Martinez,

I am quite aware of when I am required to have contact with you and when I can have legal contact with your client. One of those times is when your client contacts me directly with regards to questions about my officers. When he initiates the contact and conversation then I will respond to him. If that is a problem, then I would suggest that you advise your client not to initiate that contact.

His specific inquiry was regarding an officer harassing him, when in fact the officer was simply attempting to serve him a no trespass notice. That notice has been sent to him via certified mail and explains the rules regarding expelled students and the prohibitions regarding their entering upon university property. Should either of you have any questions regarding those rules, you may contact my office or the university's legal office.

Chief David Hernandez

---

From: Louis Martinez [mailto:louisdmartinez@yahoo.com]
Sent: Sat 6/28/2008 1:28 PM
To: Dave Hernandez
Cc: Ricardo Romo; Gail Jensen
Subject: TOM RETZLAFF


Dear Capt. Hernandez,


As you no doubt know from our earlier conversations, I represent Mr. Retzlaff. I insist that you refrain from contacting my client directly. You have done so, now, on two different occassions. In the event that you should need to discuss any matter with my client, direct any and all communication to my office. With regards to your proposed Tuesday meeting with my client, please inform me of what you intend to address and discuss with my client and I will consider the matter.

EXHIBIT
F

Law Office of Louis D. Martinez

Louis D. Martinez,
Attorney-at-Law
1004 S. St. Mary's St.
San Antonio, TX 78205
(210) 222-8785 (Telephone)
(210) 223-1263 (Fax)