UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

TOM RETZLAFF, §
    Plaintiff, §
 §
v. § CAUSE NO. SA-08-CA-170-OG
 §
LYNDA YVONNE DE LA VINA, DIANE §
BAKER WALZ, KYLE MERLETTE §
SNYDER, KATHERINE ANNE POPE, §
    Defendants. §

## ORDER

Before the Court is defendants' motion to compel the deposition of plaintiff Tom Retzlaff. (Docket no. 3.) Plaintiff has filed no response.

The motion is GRANTED. Plaintiff is ORDERED to appear and provide deposition testimony at a date, time, and place noticed by defendants in accordance with FED. R. CIV. P. 30.

SIGNED this 22 day of July, 2008.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE