UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| TOM RETZLAFF | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO: 5:08-CV-00170-OLG |
| LYNDA YVONNE DE LA VINA, | § | |
| DIANE BAKER WALZ, KYLE | § | |
| MERLETTE SNYDER, KATHERINE ANNE | § | |
| POPE, | § | |
|    Defendants. | § | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND NOTICE OF DEPOSITION CANCELLATION

TO THE HONORABLE U.S. DISTRICT JUDGE ORLANDO L. GARCIA:

Defendants Lynda de la Vina, Diane Walz, Kyle Snyder, and Katherine Pope (the "Defendants"), named in their personal capacities by Plaintiff Tom Retzlaff, respond to Retzlaff's request for protection from the *Notice of Intention to Take Oral Video-Recorded Deposition of Plaintiff Tom Retzlaff*. Defendants issued the notice on August 28 for a deposition to occur on September 10, 2008, after repeated, failed attempts to set Retzlaff's deposition and the resulting entry of an Order to compel his deposition. R. Item 4.

Defendants nevertheless declare and show that they:

1. hereby now **cancel** the deposition of Retzlaff set for September 10, 2008;

2. take this action in light of a letter transmitted on September 8, 2008, by Retzlaff's attorney to undersigned counsel for Defendants (See Exhibit A), requesting the cancellation; and

3. intend to promptly re-notice the deposition to occur later in September 2008. Defendants further notify Retzlaff and his counsel that any frustration of their next attempt to depose Retzlaff will cause Defendants to move to dismiss the case on the basis of this case history, including this Court's Order. R. Item 74.

Finally, Defendants highlight for the record that Retzlaff is and has been represented by attorney Louis D. Martinez in this case. Accordingly, undersigned counsel for Defendants intend to communicate only with attorney Martinez about the lawsuit, especially in light of Martinez's past complaint about contact with his client—see R. Item 3.7 (Ex. F)—and notwithstanding Retzlaff's apparent pro se advocacy in the case. See Re. Items 6-7.

## CONCLUSION

Upon request by Retzlaff's counsel, Defendants cancel the *Notice of Intention to Take Oral Video-Recorded Deposition of Plaintiff Tom Retzlaff*, scheduled to occur on September 10, 2008. Defendants will promptly re-notice a deposition to occur later in the month. Frustration of the next deposition setting will cause Defendants to move for the dismissal of Retzlaff's lawsuit on this basis and in light of the case's history.

Respectfully submitted,

GREG ABBOT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

    /s/       Lars Hagen
LARS HAGEN
Texas Bar No. 24034470
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (Telephone)
(512) 320-0667 (Facsimile)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document and its exhibit attachment has been served via facsimile transmission and U.S. Postal Service mail, on September 9, 2008, to the following:

LOUIS D. MARTINEZ
Law Office of Louis D. Martinez
1004 S. St. Mary's Street
San Antonio, Texas 78205
210-521-9146 (fax)

    /s/       Lars Hagen
LARS HAGEN
Assistant Attorney General