# THE LAW OFFICE OF
# LOUIS D. MARTÍNEZ

*LOUIS D. MARTÍNEZ, ATTORNEY-AT-LAW*
*MARIA ELIAS, PARALEGAL*

TELEPHONE:  (210) 222-8785
FACSIMILE:  (210) 223-1263

1004 S. ST. MARY'S ST.
SAN ANTONIO, TX 78205
EMAIL: louisdmartinez@yahoo.com

September 8, 2008

Assistant Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

<u>Re:    *Retzlaff v. de la Vina, et al.*, Civil Action No. 5:08-CV-00170-OLG, U.S District Court for the Western District of Texas (San Antonio Division).</u>

Dear Mr. Hagen

My client will not be available on Wednesday September 10, 2008 for the desposition hearing set for that morning. Mr. Retzlarff has a doctor's appointment that same morning that he must attend. We are asking that you please consider moving this desposition hearing for two weeks.

If you have any questions regarding this matter, please feel free to contact me. Thank you for your attention to this matter.

Respectfully,

**LOUIS D. MARTINEZ**
Attorney at Law

LDM/mce

EXHIBIT A