UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TOM RETZLAFF, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. SA-08-CA-170-OG |
| | § | |
| LYNDA YVONNE DE LA VINA, DIANE | § | |
| BAKER WALZ, KYLE MERLETTE | § | |
| SNYDER, KATHERINE ANNE POPE, | § | |
| Defendants. | § | |

## ORDER

Before the Court is plaintiff's motion and notice of motion for protective order. (Docket no. 6.) In light of defendant's response and notice of deposition cancellation (docket no. 8) it appears that the motion for protective order is moot. Plaintiff's motion is DENIED without prejudice.

SIGNED this 17 day of _____, 2008.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE