UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | |
|---|---|
| TOM RETZLAFF<br>　　Plaintiff,<br><br>v.<br><br>LYNDA YVONNE DE LA VINA,<br>DIANE BAKER WALZ, KYLE<br>MERLETTE SNYDER, KATHERINE ANNE<br>POPE,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ NO: 5:08-CV-00170-OLG<br>§<br>§<br>§<br>§<br>§ |

### FIRST AMENDED NOTICE OF INTENTION TO TAKE ORAL VIDEO-RECORDED DEPOSITION OF PLAINTIFF TOM RETZLAFF

TO:  Tom Retzlaff through his attorney of record Louis D. Martinez, Law Office of Louis D. Martinez, 1004 S. St. Mary's Street, San Antonio, Texas 78205; and to Tom Retzlaff, P.O. Box 92, San Antonio TX 78291 0092.

Please take notice that Defendants Lynda de la Vina, Diane Walz, Kyle Snyder, and Katherine Pope (the Defendants), named in their personal capacities by Plaintiff Tom Retzlaff, and represented by the Office of the Attorney General, will depose Retzlaff by sworn oral examination beginning **at 10:00 a.m. on September 24, 2008.** This deposition notice is pursuant to the Court's July 2008 Order compelling Retzlaff's testimony. The answers and documentation obtained during this deposition may be read and used in evidence on the trial of this case on behalf of Defendants.

Also, Li-Dan Xu likewise gives notice here that answers and documentation obtained during this deposition may be read and used in evidence on behalf of Defendant Xu, in another defamation case brought by Retzlaff, acting pro se, styled: *Retzlaff v. Xu*, No. 336876 (Co. Ct. At Law No. 7, Bexar County, Tex.).

EXHIBIT
A

Retzlaff's deposition will occur at the **Office of the Texas Attorney General, 3460 Northeast Parkway (Pride Hall – conference room), San Antonio, TX 78218**, and will be recorded stenographically by a representative of Integrity Legal Support Solutions, 512-320-8690. In addition to the stenographic recording, the deposition may also be video-taped.

Respectfully submitted,

GREG ABBOT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

_____
LARS HAGEN
Texas Bar No. 24034470
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (Telephone)
(512) 320-0667 (Facsimile)

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served by facsimile transmission and U.S. Postal Service Mail to Louis D. Martinez and to Plaintiff Tom Retzlaff on September 11, 2008, as follows:

**Louis D. Martinez**
Law Office of Louis D. Martinez
1004 S. St. Mary's Street
San Antonio, Texas 78205
210-223-1263 (Fax)
Counsel of Record for Plaintiff

**Tom Retzlaff**
P O Box 92
San Antonio TX 78291 0092
210-521-9146 (Fax)

_____
LARS HAGEN
Assistant Attorney General