## Thomas C. Retzlaff
Post Office Box 92
San Antonio, Texas 78291-0092
Telephone: (210) 317-9800
Facsimile: (210) 521-9146
E-Mail: retzlaff@texas.net

April 11, 2008

Lars Hagen
Assistant Attorney General
General Litigation Division
PO Box 12548
Austin, Texas 78711-2548

Re: Retzlaff v. UTSA

Dear Mr. Hagen,

I supposed you are wondering why I am writing you at 2:30 in the morning instead of in bed asleep. Basically it is because I am very angry. Angry at myself for even considering settling with UTSA. And the more I have been thinking about it, the more I get upset at myself.

You see, I don't like people thinking that they can just fuck me over without any kind of repercussions or consequences. As an example I would mention to you a lawsuit that I filed against my prison warden for him 'bumping' into me in a hallway. He actually did it on purpose because he was a jerk. So I filed a lawsuit and got a jury trial that cost the State many thousands of dollars. In my final jury argument I told the jury that they did not have to give me a dime, that it wasn't about the money (it really wasn't). The guy tried to retaliate against me by having me thrown in solitary and taking away my TV, radio and stuff. I didn't care. I was on a mission from God to get this guy fired, and that is exactly what ended up happening soon thereafter.

It is my full and complete intention to shut down UTSA's Chinese student exchange program. I don't want a bunch of god damn commies running around in my country spying and stuff.

I have full and complete confidence that I can beat this disciplinary case. There are about ten possible punishments that I could receive, assuming I am found 'guilty.' Only one of them – expulsion, is bad for me. The rest are good. Oh, and I guess I should mention that the Rules only allow them to give me one punishment from the list of punishments. You aren't allowed to pile on different types of punishments. And retroactive expulsion isn't one of the authorized types of punishment. So Todd Wollenzier can get bent.

You should know that I will be submitting evidence at the hearing that it was not me who submitted the email that had the personal statement in question in it. I could submit evidence

EXHIBIT B

that I was in the hospital then on account of the arm surgery that I had. And if it was not me, I cannot be held responsible for something that I did not even know about or authorize!

Regarding the harassment charge, you should know that the Texas Court of Appeals has recently declared Penal Code Section 42.07(a)(7) (email harassment) to be **unconstitutional**. The Court specifically said: *The First Amendment does not permit the outlawing of conduct merely because the speaker intends to annoy the listener and a reasonable person would in fact be annoyed. Many legitimate political protests, for example, contain both of these elements.*

Obviously UTSA cannot punish me for engaging in activities that are protected under the Constitution!!!

So there goes that portion of the case, too. Which leaves them with nothing.

So I am very, very, very confident that I can beat this case. And then I will rub the faces in it every opportunity I get! Because I hate them so very, very much.

I am also pissed off about this letter that Gail Jensen wrote to some local judges about me. I will be filing a complaint with the State Bar and I am planning on filing a defamation lawsuit (since she lied about me) and a civil rights suit since she is trying to deny me my Access to Courts rights.

While you say that these lawsuits don't really affect them and it isn't costing them anything, I don't really care because I just do not believe it. And even if that is true, my filing lawsuits and dragging their asses into court and into depositions is a kind of therapy for me. It lets me work off my extreme hate that I have for these people in a manner that is both productive and beneficial to me.

There is certainly an opportunity cost to them as time they spend away from work dealing with this stuff is time away from their normal duties. Plus, it puts them from an environment where they control into one that I control, which makes me feel good.

Yes, I am probably a bit irrational. But I don't care. The very worst that they can do to me is get me expelled from school, which really isn't that much.

When you called me I was at the copy machine store downtown near the courthouse. I was busy making copies of the lawsuits that I had planned on filing yesterday. I got a bunch of them. Because I hate them so very, very much. And it is the hate that motivates me.

Sometimes I think its okay for me to settle, but most of the time I do not. While $75 grand is a nice piece of change, it would not really alter my life all that much. My family is pretty wealthy so it's not like $75,000 will make that much of a difference. But it would make settlement more palatable.

So if they want to settle they had better make it quick before I decide to change my mind.

Sincerely yours,

Tom Retzlaff