Cause No. 338432

| | | |
|---|---|---|
| TOM RETZLAFF, | § | IN THE COUNTY COURT |
| Plaintiff, | § | |
| v. | § | AT LAW NO. 3 |
| GOAMERICA COMMUNICATIONS CORPORATION, AARON DAVID DUBRINSKI, JOHN and/or JANE DOE, | § | |
| Defendants. | § | OF BEXAR COUNTY, TEXAS |

## ORDER DECLARING TOM RETZLAFF A VEXATIOUS LITIGANT

ON THE 27th and 30th days of June, 2008, came to be heard GoAmerica, Inc.'s *Amended Motion for Rule 13 Sanctions and Motion to Declare Plaintiff a Vexatious Litigant* (the "Motion"). The Court, having reviewed the Motion, Plaintiff's response, testimony, evidence and arguments of presented to the Court, the Court finds that the Motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Mr. Retzlaff is a vexatious litigant; pursuant to Chapter 11 of the Texas Civil Practice & Remedies Code.

**IT IS FURTHER ORDERED** that Mr. Retzlaff furnish Twelve Thousand Five Hundred and 00/100 Dollars ($12,500.00) as security for the benefit of GoAmerica. Mr. Retzlaff must furnish this security to Civil Central Filing, Bexar County Courthouse, Second Floor within seven (7) days of the date of this order.

**IT IS FURTHER ORDERED** that Mr. Retzlaff is prohibited from filing, in propria persona, any new litigation in any state or federal court located in the State of Texas without first obtaining permission of the local administrative judge after the local administrative judge finds that the proposed litigation has merit and is not filed for the purpose of harassment or delay.

Page 1

EXHIBIT A

SIGNED this 15 day of October, 2008.

_Karen Crouch_
JUDGE PRESIDING

T:\17000 - 17999\17600-17699\17688.0001\Pleadings-Motions\order.vexatious.litigant.doc

VOL01009PG0150