Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| TOM RETZLAFF ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | NO. 5:08-CV-00170-OLG |
| ) | |
| LYNDA YVONNE DE LA VINA, ) | |
| DIANE BAKER WALZ, KYLE ) | |
| MERLETTE SNYDER, ) | |
| KATHERINE ANNE POPE, ) | |
|     Defendants. ) | |

VIDEOTAPED DEPOSITION OF TOM RETZLAFF
September 24, 2008

BE IT REMEMBERED that the videotaped deposition of TOM RETZLAFF was reported by Lydia L. Edwards, Certified Shorthand Reporter, by machine shorthand on September 24, 2008, at the Office of the Attorney General of Texas, located at 3460 North east Parkway, San Antonio, Texas, between the times of 10:32 o'clock a.m. and 3:30 o'clock p.m., after which time the deposition was reduced to writing and set forth as follows:

EXHIBIT B

Page 2

```
 1          APPEARANCES
 2
 3   FOR THE PLAINTIFF:
        Tom Retzlaff, Pro Se
 4      P.O. Box 92
        San Antonio, Texas  78291
 5
 6   FOR THE DEFENDANT:
        Lars Hagen
 7      Assistant Attorney General
        P.O. Box 12548
 8      Capitol Station
        Austin, Texas  78711-2548
 9      (512) 463-2120
10
     ALSO PRESENT:
11      Gail Jensen (UTSA Counsel)
        Louis D. Martinez
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1       TABLE OF CONTENTS
 2   APPEARANCES - - - - - - - - - - - - - 2
 3   INDEX OF EXHIBITS - - - - - - - - - - 4
 4   TOM RETZLAFF
        Examination by Mr. Hagen - - - - - - 6
 5
     CHANGE OF VIDEOTAPES - - - - - - 49, 106, 161
 6
     DEPOSITION AMENDMENT SHEETS - - - - - - - 215
 7
     WITNESS SIGNATURE PAGE  - - - - - - - - 219
 8
     REPORTER'S CERTIFICATE PAGE   - - - - - 220
```

Page 4

```
 1          INDEX OF EXHIBITS
 2
     DESCRIPTION              MARKED    IDENTIFIED
 3
     Exhibit A
 4      Deposition Notice        5
 5   Exhibit B
        Medical Records Release  106       110
 6
     Exhibit C
 7      1-28-08 Letter           111       111
 8   Exhibit D
        3-17-08 Letter           112       112
 9
     Exhibit E
10      3-21-08 Letter           113       113
11   Exhibit F
        Decision Letter          134       134
12
     Exhibit G
13      11-20-07 emails          154       154
14   Exhibit H
        2/24-25/08 emails        164       166
```

Page 5

```
 1           (Before the deposition commenced, an
 2      instrument was marked for
 3      identification as Exhibit A.)
 4           THE VIDEOGRAPHER:  This is the
 5      videotaped deposition of Tom Retzlaff.  This is the    10:32 AM
 6      beginning of Tape 1.  Today's date is September 24th,
 7      2008.  We are on the record at 10:32.
 8           MR. HAGEN:  Okay.  This is a
 9      Defendants' deposition.  I think Louis Martinez who
10      is here wanted to make a clarifying statement about   10:32 AM
11      his role in today's deposition, I think.
12           MR. MARTINEZ:  I think as well.  For
13      the purposes of the record, I would like to state
14      that while I was the attorney of record in the state
15      court case filed in the County Court at Law No. 10 in  10:32 AM
16      Bexar County, Texas, Cause No. 336249, once this case
17      was removed, due to the fact that I don't have a
18      federal license, I don't consider myself to be the
19      attorney of record in this case.  Although I have not
20      been formally removed from this case, I, for purposes  10:32 AM
21      of the record, wanted to clarify that.  Mr. Retzlaff
22      will be proceeding pro se in this deposition.  I'm
23      here as another party present, but will not be
24      representing him.
25           THE REPORTER:  Would you raise your    10:33 AM
```