UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

TOM RETZLAFF §
    Plaintiff, §
§
v. §
§ CAUSE NO: 5:08-CV-00170-OLG
LYNDA YVONNE DE LA VINA, §
DIANE BAKER WALZ, KYLE §
MERLETTE SNYDER, KATHERINE ANNE §
POPE, §
    Defendants. §

## ORDER

Before the Court is Defendants' Motion to Compel Clarification of Attorney's Status, filed by Defendants de la Vina, Walz, Snyder, and Pope. After considering the motion, the Court is of the opinion that it has merit and that the following order should issue:

It is ORDERED that Plaintiff Tom Retzlaff, by and through his actual counsel-of-record, Louis D. Martinez, shall clarify Martinez's role in this court case by court-filing to occur on or before December 31, 2008. The filing may take the form of simple declaration that Martinez is acting at all times in this case as Retzlaff's attorney; alternately, it may seek Martinez's withdrawal from the case, whereupon Retzlaff would be considered as litigating the case pro se.

Dated this _16_ day of _December_, 2008.

                                           HONORABLE ORLANDO L. GARCIA
                                         UNITED STATES DISTRICT JUDGE