UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

**FILED**
DEC 16 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| TOM RETZLAFF § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CAUSE NO: 5:08-CV-00170-OLG |
| § | |
| LYNDA YVONNE DE LA VINA, § | |
| DIANE BAKER WALZ, KYLE § | |
| MERLETTE SNYDER, and § | |
| KATHERINE ANNE POPE, § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Motion to Extend Dispositive Motion Deadline, filed by Defendants de la Vina, Walz, Snyder, and Pope. After considering the motion, the Court is of the opinion that Defendants' request has merit and that the following order should issue:

It is ORDERED that paragraph 8 of the controlling Scheduling Order (docket no. 2) is amended to read: all dispositive motions shall be filed no later than **Friday, January 30, 2009**. By extending the deadline from December 10, 2008, this amendment permits the parties 51 additional days to file any and all dispositive motions in this case.

Dated this 16 day of December, 2008.

_____
HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE