UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

FILED
DEC 16 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| TOM RETZLAFF § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CAUSE NO: 5:08-CV-00170-OLG |
| LYNDA YVONNE DE LA VINA, § | |
| DIANE BAKER WALZ, KYLE § | |
| MERLETTE SNYDER, and § | |
| KATHERINE ANNE POPE, § | |
| Defendants. § | |

## ORDER

Before the Court is Defendants' Motion for Relief from Mediation Requirement, filed by Defendants de la Vina, Walz, Snyder, and Pope. After considering the motion, the Court is of the opinion that Defendants' request has merit.

It is ORDERED that paragraph 7 of the controlling Scheduling Order (docket no. 2) is VACATED. Parties are relieved of the requirement that they must mediate this case, until further order of this Court.

Dated this ___16___ day of ___December___, 2008.

_____
HONORABLE ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE