UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2009 JAN 23 PM 1:51
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

TOM RETZLAFF, Plaintiff

v.                                   5:08-CV-00170-OLG

LYNDA YVONNE DE LA VINA, DIANE
BAKER WALZ, KYLE MERLETTE
SNYDER, KATHERINE ANNE POPE,

Defendants

### 1.
### DEFENDANT TOM RETZLAFF'S
### UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL

TO THE HONORABLE ORLANDO L. GARCIA:

The Defendant in the above styled and numbered cause, TOM RETZLAFF, respectfully moves the Court for an order permitting LOUIS D. MARTINEZ to withdraw as attorney of record. In support of this motion, TOM RETZLAFF, would show the Court as follows:

### I.

Good cause exists for withdrawl of counsel in that Plaintiff will be representing himself

The Defendant will not be prejudiced if counsel is permitted to withdraw.

The Defendant can receive all further pleadings and correspondence at the following address:

P.O. BOX 92

SAN ANTONIO, Texas 78291-0092

Home Phone: 210-317-9800

Work Phone: 210-317-9800

## II.

Counsel for the Defendant has not conferred with Assistant United States Attorney, about this motion. The government is not opposed to this motion.

TOM RETZLAFF respectfully requests that this motion be granted in its entirety.

Respectfully Submitted,

_____
LOUIS D. MARTINEZ
Texas State Bar Number: 24037038
1004 S ST MARYS ST
SAN ANTONIO, TEXAS 78205
Telephone: (210) 222-8785
Fax: (210) 223-1263

Attorney for the Defendant,
TOM RETZLAFF

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant TOM RETZLAFF's Motion to Allow Withdrawal of Counsel was hand delivered to Assistant United States Attorney on the 23rd day of January, 2009.

_____
LOUIS D. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

v.  5:08-CV-00170-OLG

TOM RETZLAFF,

    Defendant

## 1.
## ORDER ON DEFENDANT TOM RETZLAFF'S
## UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF COUNSEL

Defendant TOM RETZLAFF's Motion to Allow Withdrawal of Counsel is hereby:

_____ GRANTED

_____ DENIED

Signed in SAN ANTONIO, Texas on this the _____ day of _____ _____, 2009.

_____
ORLANDO L. GARCIA
United States District Judge