UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS,
SAN ANTONIO DIVISION

FILED
JAN 30 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

TOM RETZLAFF, §
    Plaintiff, §
§
v. § CAUSE NO. SA-08-CA-170-OG
§
LYNDA YVONNE DE LA VINA, DIANE §
BAKER WALZ, KYLE MERLETTE §
SNYDER, KATHERINE ANNE POPE, §
    Defendants. §

## ORDER

Before the Court is the motion filed by Louis D. Martinez to permit him to withdraw as plaintiff's attorney of record. (Docket no. 21.) Local Rule AT-3 requires that an attorney seeking to withdraw must specify the reasons for withdrawal and, if the successor attorney is not known, the motion "must bear either the client's signature or a detailed explanation why the client's signature could not be obtained after due diligence." The present motion does not meet these requirements.

First, the only reason offered for withdrawal is the following sentence: "Good cause exists for withdrawal in that Plaintiff will be representing himself." This does not specify the reasons for withdrawal as required by Rule AT-3. Second, the motion does not contain either plaintiff's signature or the detailed explanation required in lieu of the signature.

The motion is DENIED without prejudice. Mr. Martinez may file another motion to withdraw in compliance with Rule AT-3.

SIGNED this 28 day of January, 2009.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE