UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| TOM RETZLAFF | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO: 5:08-CV-00170-OLG |
| LYNDA YVONNE DE LA VINA, | § | |
| DIANE BAKER WALZ, KYLE | § | |
| MERLETTE SNYDER, KATHERINE | § | |
| ANNE POPE, | § | |
|    Defendants. | § | |

**DEFENDANTS' EXHIBIT EVIDENCE IN SUPPORT OF SUMMARY JUDGMENT:  EXHIBITS A — L**

*Affidavit Testimony*:

**EXHIBIT A**       DIANE WALZ (defendant) — **Affidavit**

    Attachment 1       Retzlaff UT at San Antonio Graduate School Application (2006)
    Attachment 2       Retzlaff Academic Records (transcripts)
    Attachment 3       Retzlaff Personal Statement (3/20/07)
    Attachment 4       UTSA MBA Decision Form dated 4/17/07
    Attachment 5       Letter (admission) dated 4/23/07 to Retzlaff from Dr. Walz
    Attachment 6       Memo (11/19/07) to T. Wollenzier from Dr. Walz,
                              re: Description of MBA Admissions Process
    Attachment 7       E-mails (11/20/07)

**EXHIBIT B**       KATHERINE POPE (defendant) — **Affidavit**

**EXHIBIT C**       KYLE SYNDER (defendant) — **Affidavit**

    Attachment 1       UTSA Police Department Offense/Incident Report (11/08/07 report; 11/12/07 narrative w/ e-mail excerpts)

**EXHIBIT D**       CAPTAIN DANIEL KILEY  — **Affidavit**

    Attachment 1       UTSA Police Department Offense/Incident Report (11/08/07 report; 11/12/07 narrative w/ e-mail excerpts)

**EXHIBIT E**  LYNDA DE LA VINA (defendant) — **Affidavit**

    Attachment 1  E-mails (11/20/07)

**EXHIBIT F**  **TODD WOLLENZIER — Affidavit**

**EXHIBIT G**  **GAGE PAINE — Affidavit**

    Attachment 1  Decision (May 2008) permanent expulsion
    Attachment 2  E-mails (May 2008) b/t Paine and Retzlaff (extended deadline)
    Attachment 3  E-mail from Paine to Retzlaff (expired deadline)
    Attachment 4  Letter (June 2008) from Pres. Romo to Retzlaff

*Oral Deposition Testimony*:

**EXHIBIT H**  THOMAS RETZLAFF (plaintiff) — **Oral Deposition**

    Attachment A  Notice of Deposition of Tom Retzlaff
    Attachment B  Authorization for Release of Medical Records form (refused)
    Attachment C  Letter dated 1/28/08 to Retzlaff from Wollenzier
    Attachment D  Letter dated 3/17/08 to Retzlaff from Wollenzier
    Attachment E  Letter dated 3/21/08 to Retzlaff from Wollenzier
    Attachment F  Letter dated 5/12/08 (Decision) to Retzlaff from Escobar
    Attachment G  E-mail dated 11/20/07 re: language
    Attachment H  Email dated 2/25/08

*Other records*:

**EXHIBIT I**  Defendant's Request for Admissions From Non-Party Witness (**LYDIA EDWARDS**)

**EXHIBIT J**  Defendant's Request for Admissions From Non-Party Witness (**ANGELICA RODRIGUEZ**)

**EXHIBIT K**  **ORDER DECLARING TOM RETZLAFF A VEXATIOUS LITIGANT** — *Retzlaff v. GoAmerica Communications Corp., et al.*, No. 33843 (Co. Ct. at Law No. 3, Bexar County, Tex.) (Oct. 15, 2008, Crouch, J.).

**EXHIBIT L**  **ORDER** denying Retzlaff injunctive relief — *Retzlaff v. Romo*, No. 338313 (Co. Ct. at Law No. 3, Bexar County, Tex.) (August 22, 2008, Rodriguez, J.).