| Office Only: | | Office Only: |
|---|---|---|
| Residency Code | **THE UNIVERSITY OF TEXAS AT SAN ANTONIO** | Fee Code |
| Major Code MBA | Graduate School Application | Amount $ 30 |
| | NOTE: Please do not submit paper form if applying online. | Date / / |

Do not use nicknames. Failure to completely answer all questions will delay processing your application.
If you need assistance in completing this application, call (210) 458-4330.

gmat
stmt

Semester and year applying for: Fall 2006
Have you previously applied to or attended UTSA? Yes
Were you previously enrolled at UTSA as a master's or doctoral student and have not attended classes for at least two years?
☐ Yes (If yes, answer questions below and then continue   ☒ No (If no, continue with PART I)
1. Have you lived outside of Texas since you last attended UTSA?   ☐ Yes  ☐ No
2. Have you attended any other college or university since you last attended UTSA?  ☐ Yes  ☐ No
3. Do you plan to change your major from when you last attended UTSA?   ☐ Yes  ☐ No

## PART I. PERSONAL INFORMATION

Title: ☒ Mr. ☐ Ms. ☐ Mrs. ☐ Dr. ☐ Other: _____

Full Legal Name: **Retzlaff**          **Tom**
              (LAST)                (FIRST)              (MIDDLE)

PREVIOUS LAST NAME, IF APPLICABLE: _____

OTHER NAMES WHICH MAY APPEAR ON ACADEMIC RECORDS: _____

UTSA Student ID: @00187370
Date of Birth: 03 / 14 / 1966

Permanent Address: P.O. Box 92
              (STREET OR P.O. BOX LINE 1)
              (STREET OR P.O. BOX LINE 2)                    Address Valid Until: 12 / 31 / 2006
San Antonio        TX    78291 - 0092    ( 210 ) 3179800    County Code: 015
  (CITY)       (STATE/PROVINCE) (ZIP + 4)  (AREA CODE & PHONE NUMBER) (Domestic Applicants Only)  (3 DIGIT CODE)
United States of America
  (COUNTRY)                              (INTERNATIONAL POSTAL CODE) (International Students Only)

Mailing Address (if different from above): P.O. Box 92
              (STREET OR P.O. BOX LINE 1)
              (STREET OR P.O. BOX LINE 2)                    Address Valid Until: / /
San Antonio        TX    78291 -         (       )          County Code: 015
  (CITY)       (STATE/PROVINCE) (ZIP + 4)  (AREA CODE & PHONE NUMBER) (Domestic Applicants Only)  (3 DIGIT CODE)
United States of America
  (COUNTRY)                              (INTERNATIONAL POSTAL CODE) (International Students Only)

Are you a U.S. citizen?   ☒ Yes   ☐ If no, mail a copy of your resident card, front and back, to the address specified in the instructions.
If you are not a citizen, list country of citizenship: _____
Do you hold Permanent Resident Alien status for the U.S.?  ☐ Yes  ☐ No
Date Card Issued: ___ / ___ / ___    State of Issue: _____
Place of Birth: _____

UTSA will use a student's e-mail address as the primary communication source with the applicant. Please provide a valid e-mail address below.
E-mail Address: t_retz@hotmail.com
How did you hear about UTSA graduate programs? Faculty Member
Current Employer: RTC Holding Company        PHONE NUMBER (      )
                                                   (AREA CODE & PHONE NUMBER)
Job Title or Position: _____
Person to notify in case of emergency: NAME _____   PHONE NUMBER (      )
                                                   (AREA CODE & PHONE NUMBER)
Relationship to Student:
☐ 1 Spouse  ☐ 2 Parent/Guardian  ☐ 3 Friend  ☐ 4 Grandparent  ☐ 5 Aunt/Uncle  ☐ 6 Brother  ☐ 7 Sister  ☐ 8 Cousin  ☐ 9 Son/Daughter

APR 2 5 2006

EDUCATIONAL BACKGROUND

Colleges/Universities attended: Please list ALL community colleges, universities, graduate and professional schools attended in chronological order (most recent first), including any degree earned. Continue on the Additional Information page if necessary. Please list the actual name of any degrees earned; do not provide translations or equivalencies. Failure to list all schools attended completely and correctly will delay your application process. Although admission for special and non-degree seeking students is based on the last 30 hours of coursework for the baccalaureate degree and on all graduate course work, students are required to list all colleges and universities attended on the application for admission.

Are you currently enrolled in another college or university?  ☐ Yes  ☒ No (If yes, final transcript must be sent directly to UTSA when all coursework is completed.)

| College/University Name and Location | Dates Attended and Major | Degree, Level, and Date Awarded |
|---|---|---|
| NAME UTSA<br>CITY San Antonio  ST/PROV TX<br>COUNTRY United States of America<br>☒ UNDERGRAD  ☐ MED  ☐ GRAD  ☐ LAW  MAJOR Public Policy | FROM 08 / 2004<br>TO 05 / 2006 | DEGREE<br>DEGREE LEVEL<br>DATE AWARDED / |
| NAME<br>CITY  ST/PROV<br>COUNTRY<br>☐ UNDERGRAD  ☐ MED  ☐ GRAD  ☐ LAW  MAJOR | FROM /<br>TO / | DEGREE<br>DEGREE LEVEL<br>DATE AWARDED / |
| NAME<br>CITY  ST/PROV<br>COUNTRY<br>☐ UNDERGRAD  ☐ MED  ☐ GRAD  ☐ LAW  MAJOR | FROM /<br>TO / | DEGREE<br>DEGREE LEVEL<br>DATE AWARDED / |
| NAME<br>CITY  ST/PROV<br>COUNTRY<br>☐ UNDERGRAD  ☐ MED  ☐ GRAD  ☐ LAW  MAJOR | FROM /<br>TO / | DEGREE<br>DEGREE LEVEL<br>DATE AWARDED / |
| NAME<br>CITY  ST/PROV<br>COUNTRY<br>☐ UNDERGRAD  ☐ MED  ☐ GRAD  ☐ LAW  MAJOR | FROM /<br>TO / | DEGREE<br>DEGREE LEVEL<br>DATE AWARDED / |
| NAME<br>CITY  ST/PROV<br>COUNTRY<br>☐ UNDERGRAD  ☐ MED  ☐ GRAD  ☐ LAW  MAJOR | FROM /<br>TO / | DEGREE<br>DEGREE LEVEL<br>DATE AWARDED / |

Note: Official transcripts from all colleges and universities attended must be included with your application materials regardless of whether or not the degree on the transcript applies to your program of interest.

| PART 3. ACADEMIC INTEREST | | |
|---|---|---|

For which classification are you applying? Choose one only.    Degree Seeking Student - Masters

I also plan to pursue a certificate program in    Not Applicable

Major  Please enter Major Code    MBA/Business, Master of Business Admin

College    College of Business

I intend to enroll    _____

**TEST SCORES**
Please indicate when tests have been or will be taken. GRE or GMAT scores must be received at the Graduate School by the application deadline. College of Business programs require the GMAT before an acceptance can be granted.
Please note: not all graduate programs require the GRE for consideration.

| GRE or GMAT Exams | Month | Year |
|---|---|---|
| Date you took or will take the GRE? | | |
| Date you took or will take the GMAT? | 04 | 2006 |

**OTHER INSTITUTIONS**
Please list any other universities/colleges which you are applying to.

Institution 1    _____

Institution 2    _____

Institution 3    _____

If you are applying as a special student, indicate your purpose(s) in pursuing courses in the designated program or subject matter area.

## PART 4: RESIDENCY INFORMATION

Failure to complete this section will result in being classified as an out-of-state resident.

Answer the following questions as they pertain to:
A. ☒ Yourself, if you are 18 years of age or older, or
B. ☐ Your parent, or legal guardian?

If you selected item B, list Relationship to you _____

Full Legal Name   __Retzlaff__   __Tom__   __C__
                     (LAST)        (FIRST)   (MIDDLE)

Permanent Address   __PO Box 92__
                   (STREET OR P.O. BOX LINE 1)        (STREET OR P.O. BOX LINE 2)
                   __San Antonio__   __Texas__         __US__
                       (CITY)         (STATE/PROVINCE)  (COUNTRY)

If at this residence for less than 12 consecutive months,

List previous residence _____
                       (STREET OR P.O. BOX LINE 1)   (STREET OR P.O. BOX LINE 2)

                       _____   _____   _____
                           (CITY)          (STATE/PROVINCE)    (COUNTRY)

Employer for last 12 months:
(NAME)   (CITY)   (ST/PROV)   (COUNTRY)   (DATES OF EMPLOYMENT/SERVICE) (MO./YR.)

1) __RTC Holding Company__   __San Antonio__   __TX__   __US__   __05__ / __2004__ - __04__ / __2006__
2) _____   _____   _____   _____   ___ / ____ - ___ / ____
3) _____   _____   _____   _____   ___ / ____ - ___ / ____

1. Are you a Civil Service employee?   __No__

2. (Select one)
   Are: ☒ You, ☐ your spouse, ☐ your parent, or ☐ legal guardian a member of a Texas reserve or Texas National Guard unit?   __No__

3. (Select one)
   Are: ☒ You, ☐ your spouse, ☐ your parent, or ☐ legal guardian currently on active military duty?   __No__

   If yes, _____   _____   _____   ___ / ____ - ___ / ____
          (MILITARY INSTALLATION)   (CITY)   (STATE)   (DATES OF SERVICE)

If your claim of Texas resident status is based upon yourself, answer the following questions:

1. How long have you resided in Texas?   __2__ years and __00__ months
2. Previous state or country of residence:   __MN__   __United States of America__
3. If you came here within the past 5 years, why did you move to Texas?   __Employment__
4. Within the last 12 months, have you been a __full-time__ student at an institution of higher education?   __Yes__

If your claim of Texas resident status is based upon parent or legal guardian, please answer the following questions:

1. Name of person upon whom claim is based: _____
2. Relationship to self: _____
3. How long has this person resided in Texas? _____ years and _____ months.
4. Previous state or country of residence: _____
5. If this person came here within the past 5 years, why did this person move to Texas? _____
6. Is this person a U.S. Citizen? _____
7. Has a parent or legal guardian claimed you as a dependent for U.S. federal income tax purposes for the previous two tax years preceding your registration? _____
8. Will this person claim you for the current tax year? _____

## PART 5: OATH OF RESIDENCY AND SIGNATURE

I understand that information submitted herein will be relied upon by officials of The University of Texas at San Antonio to determine my status for admission and residency eligibility. I authorize the college/university to verify the information I have provided and to gather relevant data associated with enrollment. I agree to notify the proper officials of the institution of any changes in the information provided. I certify that the information in this application is complete and correct and understand that the submission of false information is grounds for rejection of my application, withdrawal of any offer of acceptance, cancellation of enrollment, permanent dismissal from the university or other appropriate disciplinary action.

Signature of Applicant   __Tom Retzlaff__                              Date __04__ / __20__ / __2006__

## PART 7. PERSONAL INFORMATION - ADDENDUM TO APPLICATION

(Failure to submit with application will result in an incomplete file and delay processing.)

Applicant's name  Retzlaff                      Tom
                  (LAST)                        (FIRST)                    (MIDDLE)

Student ID#  @00187370

The following questions are designed to allow application decisions to be made in compliance with the Texas Legislature's 2001 House Bill 1641, which relates to providing certain students with an equal opportunity to enroll in or receive competitive scholarships for a graduate or professional degree program.

1. Choose the highest level of education completed by the primary person(s) who raised you (the people you consider to be your parents).

   Male "Parent"                    Female "Parent"
   Some college                     High school

2. Mark the category that most closely reflects the fraction of your necessary college expenses (tuition, fees, books, room and board) you paid directly or through loans without help from your parents (do not include Pell Grants or other similar third party grants).

   80 to 100%

Recommendations are important for the evaluation of the applicant for admission only. Under the provisions of the Family Educational Rights and Privacy Act of 1974, the applicant (if admitted and enrolled) will have access to the information provided in letters of recommendation unless he/she has waived such access.

I hereby  do not   waive my right of access to the material recorded in all letters of recommendation submitted on my behalf.

RETZLAFF,           THOMAS                          OJH-DT-58   

## Analysis of an Argument

**Topic**

Read the argument and the instructions that follow it, and then make any notes that will help you plan your response. Begin typing your response in the box at the bottom of the screen. The following appeared in the editorial section of a local newspaper. In the first four years that Montoya has served as mayor of the city of San Perdito, the population has decreased and the unemployment rate has increased. Two businesses have closed for each new business that has opened. Under Varro, who served as mayor for four years before Montoya, the unemployment rate decreased and the population increased. Clearly, the residents of San Perdito would be best served if they voted Montoya out of office and reelected Varro. Discuss how well reasoned you find this argument. In your discussion be sure to analyze the line of reasoning and the use of evidence in the argument. For example, you may need to consider what questionable assumptions underlie the thinking and what alternative explanations or counterexamples might weaken the conclusion. You can also discuss what sort of evidence would strengthen or refute the argument, what changes in the argument would make it more logically sound, and what, if anything, would help you better evaluate its conclusion.

**Candidate's Essay**

The conclusion of this argument is that the writer believes that Varro should be reelected as mayor. His reasons for this are that while Montoya was mayor: 1) population has decreased; 2) unemployment has increased; and, 3) for each new business that starts up, two are failing. On the other hand, the writer feels that when Varro was mayor unemployment decreased while the population was increasing. There are several alternative explanations for these facts not mentioned by the writer, several of which are out of control of the mayor, whomever he/she is. One is the effect of the state or national economy. A mayor in a town cannot do much about outside influences that affect the nation as a whole. Also there is the fact that one person was mayor at a time completely different than when the other person was the mayor. Things are always changing. Sometimes for the good and sometimes for the bad. Varro might have had the good fortune to be mayor during a good economic time. It is questionable to assume that higher unemployment and a smaller population were the result of bad decisions on the part of Montoya. The writer offers no evidence that this is the case. There is also no evidence that shows just how big of a role a mayor plays in the writer's town. In my town the mayor is basically a figurehead and he plays no major role in the running of the city - the City Manager does that. The mayor just shows up and ribbon-cutting events and the like. So perhaps that is the case in the writer's town. Therefore, the mayor would not be responsible. Other alternative explanations are the effects of policy from the state capital and in Washington. Decisions made far away can effect how things are in a town and nobody there can control that. Other than just the bare assertions about population, unemployment, and the business climate, the writer offers no specific and identifiable sources for this information. Afterall, his statements might not be correct or they might come from a questionable authority. So the reader has no way to judge the validity of these statements. It would have been nice to see some independant statistics or research studies from the Dept. of Labor or something similar to show just what the economic climate is like at the present and how it has changed over time. That would have strengthened the argument. The arugment is obviously politically slanted, so you have to take everything the writer says with a grain of salt.



RECEIVED MAY 1 5 2006 GRADUATE SCHOOL

RETZLAFF,        THOMAS                OJH-DT-5B              

## Analysis of an Issue

**Topic**

Read the statement and the instructions that follow it, and then make any notes that will help you plan your response. Begin typing your response in the box at the bottom of the screen. Education has become the main provider of individual opportunity in our society. Just as property and money once were the keys to success, education has now become the element that most ensures success in life. Discuss the extent to which you agree or disagree with the opinion stated above. Support your views with reasons and/or examples from your own experience, observations, or reading.

**Candidate's Essay**

I absolutely agree with this assertion that education has become the main provider of individual opportunity in our society! In Europe, (where I once lived), people are judged by whether or not they own land or have money. It is not easy to change from one level of society to another. But in America, if you are smart and willing to work hard, you can get ahead. Education is free all the way up through highschool. So everyone can at least get a basic education. College is also available to practically everyone, as well. Each decent sized town has at least a community college or a trade school. While it might not be Harvard or Yale, at least it is something. When I apply for a job I am not concerned about whether or not I come from a "good family", own land, or have a lot of money. I am judged by the schools that I went to and how well I did in them, as well as my success at previous jobs. One big example on how widespread education has changed this country is what happened after World War II and the GI Bill. Prior to WWII, college was pretty much reserved for the elite and those that could afford it. There really was no system of financial aid. But when millions of GIs came back from the war, the federal government set up a system whereby all former soldiers, sailors, and airmen could get into college with the financial assistance of the US Government if they wanted to. Millions took advantage of this and the program had the effect of changing the nation as a whole. Our economy boomed during the '50s and the '60s, and we put men (American men!) on the moon - something no one else did before or has done since! I am a veteran and I have been able to enjoy the benefits of a college education via the New GI Bill. Without my Army benefits I doubt that I would have been able to do so. By providing the ability for someone to get a low-cost, good quality, college education, the government has made the "American dream" available to practically everyone. While equality of opportunity is no guarantee of equality of outcome, having a good education is a big step in the right direction. While I can always lose my house and my money, no one can take away my education as it is always with me wherever I go.



RECEIVED
MAY 15 2006
GRADUATE SCHOOL