```
ent No: @00-18-7370                                           Date Issued: 27-FEB-2007
                                                                           INAP
ord of: Thomas Christopher Retzlaff                                        Page:  1
        *** WARNING ***
        --No Address--

                                  U N O F F I C I A L

se Level: Undergraduate
ent Type: Continuing
ly Admit: Fall 2004
iculated: Fall 2004

Current Program
    College : Public Policy
    Major   : Criminal Justice
    Conc.(s): Legal Studies

ents:
.ng 2005 Dean's List
.   2004 Dean's List
.   2005 Honor Roll (part-time)
ter 2005 Honor Roll
.ng 2006 Honor Roll (part-time)
.   2006 Honor Roll
ter 2006 Honor Roll

  NO.              COURSE TITLE            CRED   GRD   PTS   R

                                                                   SUBJ NO.          COURSE TITLE                 CRED  GRD  PTS  R

ISFER CREDIT ACCEPTED BY THE INSTITUTION:                          Transfer Information continued:
                                                                   PLSC 101  U S Political Syst                   3.00  TC
sfer            Drury University                                   PSY  1013 Introduction To Psychology           3.00  TB
                                                                   PSYC 334  Abnormal Psychology                  3.00  TC
2053   Intro To Cultural Anthropolgy        3.00  TB               PSYC 390  Special Topics                       3.00  TB
  282  Hist Art & Arch II                   3.00  TC               Ehrs:    70.00  GPA-Hrs: 73.00
1013   Intoduction To Astronomy             3.00  TD               QPts:   158.00  GPA:      2.16
2113   Public Speaking                      3.00  TD
  280  Broadcast As Comm                    3.00  TD               Transfer           Alvin Community College
  326  Indiv & Commitment                   3.00  TB
  102  Int Criminology                      3.00  TC               CS   1023  Cult Impli Of On for Society        4.00  TA
  220  Crime Prev/Victim                    3.00  TA               CSCI 1590  Int To Computers                    5.00  TA
  275  Int Behav Research                   3.00  TC               CSCI 1591  Micro Program Basic                 5.00  TA
  290  Special Topics                       3.00  TC               CSCI 1592  Comp Prog(pascal)                   5.00  TA
  332  Juvenile Deliquency                  3.00  TC               Ehrs:    19.00  GPA-Hrs: 19.00
  114  West Int & Lit Trad                  3.00  TC               QPts:    76.00  GPA:      4.00
  115  West Int & Lit Trad                  4.00  TC
1023   World Regional Geography             3.00  TD               Transfer           Central Texas College
  242  Survey Of Modern Eng                 3.00  TD
1001   Ind Phys Act                         1.00  TB               CRIJ 1201  Defensive Tactics                   2.00  TA
2683   Masterpieces Of Music                3.00  TB               CRIJ 1302  Criminal Invest I                   3.00  TB
  290  Special Topics                       3.00  TB               CRIJ 1305  Traffic Law                         3.00  TA
2043   Introductory Logic                   3.00  TB               CRIJ 2101  Emergency Medical Aid               1.00  TA
2043   Introductory Logic                   3.00  TF               CRIJ 2303  Criminal Justice Sem                3.00  TB
  111  Physical Science                     3.00  TB               CRJ  1113  American Crim Justice System        3.00  TA
*************************** CONTINUED ON NEXT COLUMN ************  LAWE 2303  Criminal Justice Sem                3.00  TA
                                                                   Ehrs:    18.00  GPA-Hrs: 18.00
                                                                   QPts:    66.00  GPA:      3.66

                                                                   Transfer          University of Central Texas

                                                                   CJUS 3311  Tech Of Interviewing                3.00  TA
                                                                   CJUS 4308  Criminal Evidence                   3.00  TB
                                                                   Ehrs:     6.00  GPA-Hrs:  6.00
                                                                   QPts:    21.00  GPA:      3.50

                                                                   CLEP              University of TX San Antonio

                                                                   WRC  1013  Freshman Composition I              3.00  CR
                                                                   Ehrs:     3.00  GPA-Hrs:  0.00
                                                                   QPts:     0.00  GPA:      0.00
                                                                   ******************** CONTINUED ON PAGE 2  ********************
```

ATTACHMENT 2

ent No: @00-18-7370

ord of: Thomas Christopher Retzlaff
Level: Undergraduate

U N O F F I C I A L

Date Issued: 27-FEB-2007
INAP
Page: 2

TITUTION CREDIT:

| NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|
| 2004 | blic Policy | | | | |
| iminal Justice | | | | | |
| ansfer Student | | | | | |
| 3213 | Managing Criminal Justice Org | 3.00 | A | 12.00 | |
| 3613 | Legal Research and Writing | 3.00 | A | 12.00 | |
| 1033 | Microcomputer Applications | 3.00 | A | 12.00 | |
| 1043 | US His:Pre Columbus-Civil War | 3.00 | B | 9.00 | |
| 1013 | Intro To American Pol | 3.00 | A | 12.00 | |
| Ehrs: 15.00 GPA-Hrs: 15.00 QPts: 57.00 GPA: 3.80 |
| Academic Good Standing |

ng 2005
blic Policy
iminal Justice
ntinuing

| 2153 | Nature of Crime & Justice | 3.00 | B | 9.00 | |
| 3623 | Substantive Criminal Law | 3.00 | A | 12.00 | |
| 3633 | Trial and Evidence | 3.00 | A | 12.00 | |
| 2003 | Intro-Political Economy | 3.00 | A | 12.00 | |
| Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 45.00 GPA: 3.75 |
| Academic Good Standing |

er 2005
blic Policy
iminal Justice
ntinuing

| 4123 | Concepts of Investigation | 3.00 | A | 12.00 | |
| 2053 | Texas History | 3.00 | B | 9.00 | |
| s: 6.00 GPA-Hrs: 6.00 QPts: 21.00 GPA: 3.50 |
| lemic Good Standing |

2005
blic Policy
iminal Justice
ntinuing
**************** CONTINUED ON NEXT COLUMN ***************

Institution Information continued:

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|
| AST | 1031 | Intro To Astronomy Laboratory | 1.00 | W | 0.00 | |
| CRJ | 3013 | Research Design/Analysis-CRJ | 3.00 | B | 9.00 | |
| CRJ | 4633 | Constitutional Criminal Proced | 3.00 | A | 12.00 | |
| POL | 3013 | The American Legal Process | 3.00 | A | 12.00 | |
| WRC | 1023 | Freshman Composition II | 3.00 | W | 0.00 | |
| Ehrs: 9.00 GPA-Hrs: 9.00 QPts: 33.00 GPA: 3.66 |
| Academic Good Standing |

Spring 2006
Public Policy
Criminal Justice
Continuing

| CRJ | 3313 | Critical Thinking Applications | 3.00 | A | 12.00 | |
| CRJ | 4913 | Independent Study | 3.00 | A | 12.00 | |
| CSH | 1113 | Lit Masterpieces W Culture II | 3.00 | A | 12.00 | |
| WRC | 1023 | Freshman Composition II | 3.00 | C | 6.00 | |
| Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 42.00 GPA: 3.50 |
| Academic Good Standing |

Summer 2006
Public Policy
Criminal Justice
Continuing

| LGS | 4013 | Issues in Law & Society: Torts | 3.00 | B | 9.00 | |
| LGS | 4123 | Legal and Philosophical Reason | 3.00 | B | 9.00 | |
| POL | 3023 | Civil Lib in Amer Law Practice | 3.00 | A | 12.00 | |
| POL | 3323 | Constitutional Law | 3.00 | A | 12.00 | |
| Ehrs: 12.00 GPA-Hrs: 12.00 QPts: 42.00 GPA: 3.50 |
| Academic Good Standing |

Fall 2006
Public Policy
Criminal Justice
Continuing

| BLW | 3013 | Business Law | 3.00 | A | 12.00 | |
| CRJ | 4143 | Legal Issues-Forensic Science | 3.00 | B | 9.00 | |
| MAT | 0203 | Basic Mathematics | 3.00 | CR | 0.00 | |
| Ehrs: 9.00 GPA-Hrs: 6.00 QPts: 21.00 GPA: 3.50 |
| Academic Good Standing |

**************** CONTINUED ON PAGE 3 ***************

ent No: @00-18-7370

ord of: Thomas Christopher Retzlaff
Level: Undergraduate

itution Information continued:

| NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|

ROGRESS WORK

ng 2007
| 4443 | SP: Miscarriages of Justice | 3.00 | IN PROGRESS |
| 4653 | White Collar Crime | 3.00 | IN PROGRESS |
| 1013 | Fundamentals of Geography | 3.00 | IN PROGRESS |
| 5103 | Top:Homeland Sec&Def-Dom&Int'l | 3.00 | IN PROGRESS |

In Progress Credits      12.00

*************** TRANSCRIPT TOTALS ***************************
              Earned Hrs   GPA Hrs   Points    GPA
L INSTITUTION    75.00      72.00    261.00    3.62
L TRANSFER      116.00     116.00    321.00    2.76
ALL             191.00     188.00    582.00    3.09

Information:
AREA TSI STATUS     EXPLANATION
     Exempt         Exempt by another institution
CURRICULUM NOT COMPLETE
*************** END OF TRANSCRIPT ***************************

[Handwritten calculations:]
261/70 + 159.2/47 + 21/6 + 100/43 + 72/20

204/57 = 3.58

613.20/218 = -2.81 wmgpa

UNOFFICIAL

Date Issued: 27-FEB-2007
INAP
Page: 3

```
06/01/2004                                                                Page 1 of 1
Name: Thomas C. Retzlaff              Social Security #: [REDACTED]
******************** MAILING ADDRESS ************************
        The University of Texas At San Antonio
        6900 N. Loop
        1604 West
        San Antonio, TX  78285

********************* TEXAS SUCCESS INITIATIVE ***************
          TSI status:  WAIVED - Waiver Level-One Cert
 AREA    STATUS        TEST                  SCORE       DATE
READING  NOT TAKEN
MATH     NOT TAKEN
WRITING  NOT TAKEN
***********************  C O U R S E S  *********************
    Course Number     Title                          Grd    Hrs
----------------- Spring 1999 16 Week -------------------
    CSCI    1590      Intro to Computers              A      5
    CSCI    1591      Micro Program Basic             A      5
    CSCI    1592      Comp Prog (pascal)              A      5
    Term 199SP Totals:  ATT= 15  CMP= 15  PTS=  60  GPA= 4.00
           Cuml Totals: ATT= 15  CMP= 15  PTS=  60  GPA= 4.00
----------------- Spring 2003 (14 Weeks) -------------------
    ITSC    1413      Internet/Web Page Development    C     4
    ITSC    1401      Introduction to Computers        A     4
    ITSE    1411      Web Page Programming             C     4
    ITSE    2402      Intermediate Web Programming     C     4
    Term 203VT1 Totals: ATT= 16  CMP= 16  PTS=  34  GPA= 2.50
           Cuml Totals: ATT= 27  CMP= 27  PTS=  84  GPA= 3.11
----------------- Spring 2003 (10 Weeks) -------------------
    INEW    2434      Adv Web Page Programming         F     0
    ITSE    2413      Web Authoring                    F     0
    ITSE    2417      JAVA Programming                 F     0
    Term 203VT2 Totals: ATT= 12  CMP=  0  PTS=   0  GPA= 0.00
           Cuml Totals: ATT= 39  CMP= 27  PTS=  84  GPA= 2.15
********************* END OF RECORD ************************
```

Handwritten annotations: 48, 4 16, 4 8, 4 8, 40/16, 100/43

RECEIVED UTSA JUN 03 2004 OFFICE OF ADMISSIONS AND REGISTRAR

RETZLAFF, THOMAS C.

NOTE: This transcript contains verifiable SCRIP-SAFE security features. The signature of the College Registrar is white on a red background and will distort or disappear when photocopied. The name of the institution appears in white type over the face of the entire transcript and disappears or distorts when photocopied. When photocopied, hidden security warnings reading "ALVIN..."

# UNIVERSITY OF CENTRAL TEXAS
1901 S. Clear Creek Road
Killeen, TX 76540

RECEIVED
UTSA
JUN 0 7 2004
OFFICE OF ADMISSIONS
AND REGISTRAR

```
RETZLAFF, THOMAS C                                    SSN: [redacted]
P O BOX 1864                                          Sex: M
TEMPLE, TX  76504-1864                          Birthdate: 03/14/66
                                                     Page: 1
```

| Course Nbr | Course Description | Hrs Lec | Hrs Lab | Sem Att | Hrs Ern | Grade | Grade Pts | Date Grd Chngd |
|---|---|---|---|---|---|---|---|---|
| FALL 1992 | | | | | | | | |
| CJUS3311.01 | TECHNIQUES OF INTERVIEWING | | | 3 | 3 | A | 12 | |
| CJUS4308.01 | CRIMINAL EVIDENCE | | | 3 | 3 | B | 9 | |

Hours attempted: 6    Hours earned: 6    Grade Points: 21    GPA: 3.50

Cumulative Grade Point Average
Hours attempted: 6    Hours earned: 6    Grade Points: 21    CGPA: 3.50 (Undergraduate)

***** END OF TRANSCRIPT

21/6

AN OFFICIAL SIGNATURE IS WHITE WITH A BURGUNDY BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

```
mas C Retzlaff
1864
TX 76503
```

**Central Texas College**
FICE 004003
Texas Credit
P.O. Box 1800
Killeen, TX 76540-1800
OFFICE OF THE REGISTRAR
Permanent Academic Record

Date Printed: 06/15/2004    Page 1 of 1

Name:
I Date: 06/01/1984
XEMPT/Prior F89 Clg

SSN:
ID: 9200045166
Birthdate: 03/14

TASP SCORES:
READ:
WRITE:
MATH:

Degree:          Degree:
Majors:          Majors:
Date :           Date :
Honors:          Honors:

Students in good standing and is eligible to return unless otherwise stated. This transcript is not official unless it bears the signature and impression seal of the Registrar.

| sc   | Core | Course Title              | Grade | Hrs. Attemp. | Hrs. Earned | Grade Points | GPA   | Course | Core | Course Title | Grade | Hrs. Attemp. | Hrs. Earned | Grade Points | GPA |
|------|------|---------------------------|-------|--------------|-------------|--------------|-------|--------|------|--------------|-------|--------------|-------------|--------------|-----|
| fer. credit |  |                     |       | 0.0          | 0.0         | 0.0          | 0.000 |        |      |              |       |              |             |              |     |
|      |      | CUMULATIVE TOTALS         |       | 0.0          | 0.0         | 0.0          | 0.000 |        |      |              |       |              |             |              |     |
| s 1985 |    | Regular Classes           |       |              |             |              |       |        |      |              |       |              |             |              |     |
| 303  |      | Anti-Terrorism            | A     | 3.0          | 3.0         | 12.0         |       |        |      |              |       |              |             |              |     |
|      |      | TERM TOTALS               |       | 3.0          | 3.0         | 12.0         | 4.000 |        |      |              |       |              |             |              |     |
|      |      | CUMULATIVE TOTALS         |       | 3.0          | 3.0         | 12.0         | 4.000 |        |      |              |       |              |             |              |     |
| r 1992 |    | Flex Entry Classes        |       |              |             |              |       |        |      |              |       |              |             |              |     |
| 301  |      | Intro To Crim Just        | A     | 3.0          | 3.0         | 12.0         |       |        |      |              |       |              |             |              |     |
|      |      | Regular Classes           |       |              |             |              |       |        |      |              |       |              |             |              |     |
| 305  |      | Traffic Law               | A     | 1.0          | 1.0         | 4.0          |       |        |      |              |       |              |             |              |     |
| 101  |      | Emergncy Medical Aid      | A     | 2.0          | 2.0         | 6.0          |       |        |      |              |       |              |             |              |     |
| 201  |      | Firearms                  | B     | 2.0          | 2.0         | 6.0          |       |        |      |              |       |              |             |              |     |
|      |      | TERM TOTALS               |       | 9.0          | 9.0         | 34.0         | 3.778 |        |      |              |       |              |             |              |     |
|      |      | CUMULATIVE TOTALS         |       | 12.0         | 12.0        | 46.0         | 3.833 |        |      |              |       |              |             |              |     |
| HONORS |    |                           |       |              |             |              |       |        |      |              |       |              |             |              |     |
| g 1998 |    | Flex Entry Classes        |       |              |             |              |       |        |      |              |       |              |             |              |     |
| 1201 |      | Defensive Tactics         | A     | 2.0          | 2.0         | 8.0          |       |        |      |              |       |              |             |              |     |
| 1302 |      | Criminal Invest 1         | B     | 3.0          | 3.0         | 9.0          |       |        |      |              |       |              |             |              |     |
| 2303 |      | Criminal Justice Sem      | B     | 3.0          | 3.0         | 9.0          |       |        |      |              |       |              |             |              |     |
|      |      | TERM TOTALS               |       | 8.0          | 8.0         | 26.0         | 3.250 |        |      |              |       |              |             |              |     |
|      |      | CUMULATIVE TOTALS         |       | 20.0         | 20.0        | 72.0         | 3.600 |        |      |              |       |              |             |              |     |

*********** END OF TRANSCRIPT TO DATE ***********************************************
*accordance with the Family Rights and Privacy Act of 1974, this transcript must*
*be released to a third party without written authorization from the student*
*********** TASP CLASSIFICATION FOR THE STATE OF TEXAS ******************************
Exempt, based on prior education.

RECEIVED
UTSA
JUN 18 2004
OFFICE OF ADMISSIONS
AND REGISTRAR

**Drury College**
Springfield, Mo.

An official transcript of record when signed and sealed with impression seal of this office.

Registrar
Date  JUN 01 2004

RETZLAFF    Thomas    Christopher
Last        First     Middle        Maiden

2104 Valkyrie Dr., Rochester, MN 55901        Soc. Sec. No. ____
                                               Date of Birth  3-14-66
John Marshall                                  Date Graduated  June 6, 1984

ADMISSION RECORD   Admitted February 11, 1986    Location  Rochester, MN
                                                  ____ major(s)    minor(s)

Advance Standing: Central Texas Coll.    3
(3 semester hours accepted by Drury College toward A.B.
degree, August 21, 1986)

RECEIVED
JUN 07 2004
OFFICE OF ADMISSIONS
AND REGISTRAR

| DEPT. | COURSE NO. | COURSE TITLE | HOURS ATTEMP. | GRADE | HOURS EARN | QUAL. POINTS |
|---|---|---|---|---|---|---|
| FALL 86 | RETZLAFF 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 | THOMAS C | | | | |
| COMM | 280 | BROADCAST AS COMM | 3.0 | C+ | 3.0 | 6.9 |
| CRIM | 102 | INTRO CRIMINOLOGY | 3.0 | A- | 3.0 | 11.1 |
| FRST | 114 | WEST INT&LIT TRAD | 4.0 | C+ | 4.0 | 9.2 |
| GERM | 103 | ELEM GERMAN I | 0.0 | DR | | |
| PSYC | 101 | INTR TO PSYCHOLOGY | 3.0 | B- | 3.0 | 8.1 |
| SEM. | | 13.0 ATM. | (13.0) EARN. | | 35.3 PTS. | 2.715 GPA |
| CUM. | | 13.0 ATM. | 16.0 EARN. | | 35.3 PTS. | 2.715 GPA |

| DEPT. | COURSE NO. | COURSE TITLE | HOURS ATTEMP. | GRADE | HOURS EARN | QUAL. POINTS |
|---|---|---|---|---|---|---|
| SPRG 87 | RETZLAFF 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 | THOMAS C | | | | |
| ARTS | 282 | HIST ART&ARCH II | 3.0 | C+ | 3.0 | 6.9 |
| CRIM | 211 | POLICE PATROL | 3.0 | S | 3.0 | |
| CRIM | 332 | JUVENILE DELINQUEN | 3.0 | C+ | 3.0 | 6.9 |
| *PHIL | 100 | INTRO TO LOGIC | 3.0 | C | 3.0 | 6.0 |
| SEM. | | 9.0 ATM. | (12.0) EARN. | | 19.8 PTS. | 2.200 GPA |
| CUM. | | 22.0 ATM. | 49.0 EARN. | | 91.1 PTS. | 2.169 GPA |

| FALL 88 | RETZLAFF 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 | THOMAS C | | | | |
|---|---|---|---|---|---|---|
| CONI | 326 | INDIV & COMMITMENT | 3.0 | B | 3.0 | 9.0 |
| CRIM | 290 | ST:POLICE PSYCH | 3.0 | C | 3.0 | 6.0 |
| CRIM | 397 | INTERNSHIP | 0.0 | DR | | |
| MUSC | 115 | MUSIC APPRECIATION | 3.0 | B | 3.0 | 9.0 |
| PHED | 220 | FITNESS FOR LIFE | 1.0 | B | 1.0 | 3.0 |
| PHIL | 376 | PHIL OF RELIGION | 0.0 | S | 3.0 | |
| SEM. | | 10.0 ATM. | (13.0) EARN. | | 27.0 PTS. | 2.700 GPA |
| CUM. | | 52.0 ATM. | 62.0 EARN. | | 118.1 PTS. | 2.271 GPA |

| SPRG 89 | RETZLAFF 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 | THOMAS C | | | | |
|---|---|---|---|---|---|---|
| COMM | 152 | FUND PUB SPEAKING | 3.0 | D | 3.0 | 3.0 |
| CRIM | 275 | INTRO BEHAV RESEAR | 3.0 | C | 3.0 | 6.0 |
| PHYS | 111 | PHYSICAL SCIENCE | 3.0 | B+ | 3.0 | 9.9 |
| PSYC | 334 | ABNORMAL PSYCH | 3.0 | C- | 3.0 | 5.1 |
| PSYC | 390 | ST:INDUSTRIAL PSYC | 3.0 | B- | 3.0 | 8.1 |
| SOCI | 215 | CULT ANTHROPOLOGY | 3.0 | B | 3.0 | 9.0 |
| SEM. | | 18.0 ATM. | (18.0) EARN. | | 41.1 PTS. | 2.283 GPA |
| CUM. | | 70.0 ATM. | 80.0 EARN. | | 159.2 PTS. | 2.274 GPA |

| FALL 87 | RETZLAFF 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 | THOMAS C | | | | |
|---|---|---|---|---|---|---|
| RST | 115 | WEST INT&LIT.TRAD | 4.0 | D | 4.0 | 4.0 |
| ED | 160 | BOWLING | 0.5 | S | 1.0 | |
| ED | 290 | ST:BEGIN SCUBA | 1.0 | C | 1.0 | 2.0 |
| HIL | 100 | INTRO TO LOGIC | 3.0 | F | 0.0 | 0.0 |
| YS | 110 | ELEM ASTRONOMY | 3.0 | D- | 3.0 | 2.1 |
| EM. | | 11.0 ATM. | 8.1 EARN. | | 8.1 PTS. | .736 GPA |
| UM. | | 24.0 ATM. | 25.0 EARN. | | 43.4 PTS. | 1.808 GPA |

ALL 87  RETZLAFF              THOMAS   C

| RIM | 220 | CRIME PREV/VICTIM | 3.0 | C+ | 3.0 | 6.9 |
|---|---|---|---|---|---|---|
| IST | 242 | SURV MOD ENGLAND | 3.0 | C+ | 3.0 | 6.9 |
| LSC | 101 | US POLITICAL SYSTM | 3.0 | B- | 3.0 | 8.1 |
| OCI | 100 | WORLD GEOGRAPHY | 3.0 | B | 3.0 | 9.0 |
| EM. | | 12.0 ATM. | (12.0) EARN. | | 27.9 PTS. | 2.325 GPA |
| UM. | | 36.0 ATM. | 37.0 EARN. | | 71.3 PTS. | 1.981 GPA |

repeat