**Donna L Dancak**

| | |
|---|---|
| **From:** | Tom Retzlaff [retzlaff@texas.net] |
| **Sent:** | Tuesday, March 20, 2007 1:28 AM |
| **To:** | Donna L Dancak |
| **Subject:** | RE: Personal Statement |

**Importance:** High

To Whom It May Concern:

I am from Minnesota. I joined the U.S. Army as a Combat Military Policeman in 1984 and took part in Operations Just Cause (the invasion of Panama, 1989) and Desert Shield/Desert Storm (1990-1991). I was later assigned to the U.S. Army Criminal Investigations Division as a Special Agent, responsible for the investigation and prosecution of serious felonies and national security / counter-intelligence matters. I am a graduate of the U.S. Army Warrant Staff Course and the U. S. Army Warrant Officer Senior Staff Course. After my third combat-related injury, I was medically retired in 2004 as a Chief Warrant Officer.

When I took the GMAT, I took it without any preparation at all. While I did not do that well in the math portion of the test, I did extremely well in the other portions. You should know that I had not taken any math classes in over 20 years since high school. However, I have since taken a math class at UTSA and passed with a score of apx. 92%. My cumulative GPA is around 3.71. I am a member of the *UTSA Honors Alliance*, as well as a member of *Mortar Board, Alpha Chi*, and *Golden Key* honor societies.

I am planning on pursuing an MBA with an emphasis in either information systems or project management. My plan is to continue my service in the public sector in an effort to make governmental services as efficient and effective as possible to all in need.

I thank you for your time and most kind consideration and if you have any further questions, please do not hesitate to immediately and personally contact me.

Thomas C. Retzlaff
PO Box 92
San Antonio, Texas 78291-0092
(210) 317-9800  OFFICE
(210) 521-9146  FAX
Email: retzlaff@texas.net

**ATTACHMENT 3**

Donna –

Let me know what you think of this, please.

3/20/2007

### Donna L Dancak

**From:** Donna L Dancak
**Sent:** Thursday, March 01, 2007 5:26 PM
**To:** 'Tom Retzlaff'
**Subject:** RE: Personal Statement

Looks good. I have one suggestion, it needs to be in the first person, not the third. It needs to sound like you wrote it, not someone else. I would also cut down the first paragraph to a couple of sentences and I would emphasize more on what you plan to do with the degree. If you want, you can also explain your GMAT score. I hope this helps. Let me know if you have any questions.

Thanks,

Donna Dancak

---

**From:** Tom Retzlaff [mailto:retzlaff@texas.net]
**Sent:** Thursday, March 01, 2007 5:22 PM
**To:** Donna L Dancak
**Subject:** Personal Statement
**Importance:** High

Here is a personal statement. I used my military bio and then added some stuff. Let me know what you think, please.


Mr. Retzlaff is from Minnesota. He joined the U.S. Army as a Combat Military Policeman in 1984. Mr. Retzlaff took part in Operation Just Cause (the invasion of Panama, 1989) and Desert Shield/Desert Storm (1990-1991). In between stints of active duty and reserve service he was assigned to Bosnia and Herzegovina (as member of IFOR and SFOR peacekeeping forces, 1995). Mr. Retzlaff was assigned to the U.S. Army Criminal Investigations Division as a Special Agent, responsible for the investigation and prosecution of serious felonies and national security / counter-intelligence matters. Mr. Retzlaff is a graduate of the U.S. Army Warrant Staff Course and the U. S. Army Warrant Officer Senior Staff Course. After 9/11, his Army reserve unit was activated and he was sent first to Afghanistan and later served two tours of duty in Iraq. He also spent some time at Camp X-Ray / Camp Delta as a part of Joint Task Force 170 (JTF-170) at U.S. Naval Base Guantánamo Bay, Cuba. He then returned to Iraq. After his third combat-related injury, Mr. Retzlaff was medically retired in 2004 as a Chief Warrant Officer. Mr. Retzlaff continues to work in law enforcement at the state and federal level. He has his Master Peace Officer certification and is a member of the National District Attorney's Association, Texas District & County Attorney's Association, and is an associate member of the American Enterprise Institute.


3/1/2007

Mr. Retzlaff is planning on pursuing an MBA with an emphasis in either information systems or project management. Mr. Retzlaff plans to use his degree to further himself and his community both professionally and personally. He is the first in his family to graduate college. He is a member of the *UTSA Honors Alliance*, as well as a member of *Mortar Board, Alpha Chi*, and *Golden Key* honor societies.

Thomas C. Retzlaff
PO Box 92
San Antonio, Texas 78291-0092
(210) 317-9800  OFFICE
(210) 521-9146  FAX
Email: retzlaff@texas.net

The information in this electronic mail is confidential and may be legally privileged. It is directed solely to the addressee and no one else is authorized to have access to this electronic mail. If you are not the addressee to whom it is directed, you are prohibited or it may be illegal to copy, to distribute, or take any action related to the contents of this electronic mail.

***** **DISCLAIMER** ***** Ce message électronique et chacune de ses annexes sont établis a l'attention exclusive du destinataire et peuvent contenir des informations confidentielles. Si vous recevez ce message par erreur, veuillez le détruire et avertir son expéditeur. Toute publication, reproduction, copie, distribution ou autre diffusion ou utilisation par des tiers est interdite sans autorisation expresse. L'expéditeur ne peut être tenu responsable d'une modification de son message qui résulterait de la transmission par voie électronique.

***** **DISCLAIMER** ***** Deze e-mail en al zijn bijlagen zijn uitsluitend voor de geadresseerde bestemd en kunnen vertrouwelijke informatie bevatten. Als u deze boodschap per vergissing toegestuurd kreeg, gelieve de afzender onmiddellijk te verwittigen en de e-mail te vernietigen. Publicatie, reproductie, kopie, distributie of andere verspreiding of gebruik door derden is verboden, tenzij anders vermeld. De afzender kan niet verantwoordelijk worden gesteld voor enige wijziging van zijn bericht tijdens de elektronische transmissie.

3/1/2007