The University of Texas at San Antonio
## MBA DECISION FORM

ATTACHMENT 4

| | | | |
|---|---|---|---|
| Name: Retzlaff, Tom | | ID#: @0118-7370 DD | Term: Summer 2007 |
| Degree: MBA | Major: Business | | Concentration: |

### ADVISING OFFICE COMMENTS

BA: Criminal Justice; UTSA; Spring 2007 Pending Graduation;
Cum GPA: 2.81
Last 57 hrs: ~~3.58~~ 3.66 DD
5½

GMAT: 500, 39%; Verbal: 39, 89%; Quant: 18, 6%; Analytical: 5.0, 74%; April, 2006

Advisor's Signature: [signature]     Date: ~~3/1/2007~~ 3/20/07 (DD)

Katherine Pope, Director of Graduate Student Services

Admit ~~[scratched]~~ - Cond (take quant class 1st semester)
High UTSA GPA
Low overall GPA (spread over 20 year period)
Good statement

Signature: Pope     Date: 4/17/07

### COMMITTEE DECISION

| FOR ADMISSIONS | FOR REINSTATEMENT |
|---|---|
| ACCEPT:<br>___ clear<br>✓ conditional<br>(all A's and B's first 12 hours & first 2 semesters)<br>___ special graduate<br>DENY: | ___ deny reinstatement<br>___ reinstate & remove condition<br>___ reinstate<br><br>Conditions of Reinstatement:<br>___ B's in each course of an additional 12 hours of coursework --- If completion of degree is less than 12 hours, then condition applies to remaining hours |

Graduate Advisor's signature: [signature]     Date:

RETZLAFF,        THOMAS                    OJH-DT-58            

# GMAT®
**Graduate Management Admission Test®**

Institution Name: University of Texas - San Antonio
School Name: The Graduate School
GMAT® Program Name: MBA, Full Time
Issue Date (MM/DD/YY): 05/11/06

## OFFICIAL SCORE REPORT - SCHOOL COPY

### TEST TAKER INFORMATION

| | | | |
|---|---|---|---|
| Last (Family) Name: | Retzlaff | Telephone Number: | 210-317-9800 |
| First (Given) Name: | Thomas | E-mail Address: | t_retz@hotmail.com |
| Middle Name: | C | Date of Birth (MM/DD/YY): | 03/14/66 |
| Address: | PO Box 92<br>San Antonio, TX<br>78291-0092<br>United States | Gender: | Male |
| | | Country of Citizenship: | United States |
| | | GMAT® ID: | 100000036181 |

### SELF-REPORTED TEST TAKER INFORMATION

| | | | |
|---|---|---|---|
| Date of Graduation (MM/YY): | 05/06 | Undergraduate Institution: | University of Texas at San Antonio |
| Undergraduate GPA: | 3.7 | Undergraduate Major: | Law |
| Highest Education Level: | Have not yet completed my undergraduate or first university degree | Intended Graduate Study: | Full-time student |

### TEST INFORMATION (SCORE / % BELOW)
MOST RECENT APPOINTMENT NUMBER (WITH REPORTABLE SCORES): 215104622

| TEST DATE (MM/DD/YY) | VERBAL | QUANTITATIVE | TOTAL | ANALYTICAL WRITING |
|---|---|---|---|---|
| 04/27/06 | 39 / 89% | 18 / 6% | 500 / 39% | 5.0 / 74% |

\* indicates no reportable score.

### ANALYTICAL WRITING ASSESSMENT

The following pages list the two topics that were presented to the candidate, and the text of the candidate's responses. Note that the essays are from the candidate's most recent attempt at the exam with reportable scores. For the Analytical Writing Assessment Scoring Guide, please refer to www.gmac.com.

RECEIVED
College of Business

MAY 15 2006

Office of Graduate
Studies & Research



CONFIDENTIAL

©2005 Graduate Management Admission Council® (GMAC®). All rights reserved.

# THE UNIVERSITY OF TEXAS AT SAN ANTONIO
## Office of Graduate Studies

### ACADEMIC SUMMARY FOR GRADUATE ADMISSION

Name: Retzlaff (LAST)   Tom (FIRST)   Banner ID: @00187370

Term Applying for: Fall 2006

**Proposed Classification**

☒ Graduate degree-seeking students.
   Proposed degree and major: MBA/Business, Master of Business Admin

☐ Graduate special student request for permission to enroll in courses in the College of: _____

☐ Non-degree-seeking student to take courses in the College of: _____

**Undergraduate Record**

Institution: UTSA   Degree: Degree Expected   Date: 05 / 2006
Major: Criminal Justice*   Minor: _____
Summary: GPA (4.0=A) on last 54 hours 3.66

**Educational Record**

Based on: _____   Total UTSA hours attempted _____   GPA _____
Total non-UTSA hours attempted _____   GPA _____
Graduate Degrees Earned: _____

**Official Test Scores**

☐ GRE   Total Score: ____   Verbal ____   Quantitative ____   Writing ____
☒ GMAT   Total Score: 500
☐ TOEFL   TOEFL Score: ____   ☐ TOEFL Waived   ☐ ELAP Waived

**Admission Data**

☐ Student admitted to UTSA as a graduate student. Term _____
☐ Admitted to: Degree ____ Major ____ College ____ Concentration ____
   Advisor _____
☐ Student admitted to UTSA as a special student. Term _____
☐ Student admitted to UTSA as non-degree student. Term _____
☐ Student currently enrolled in: _____

Office of Graduate Studies & Research

UTSA Graduate School

Notes: *DEGREE EXPECTED

Prepared by: Jennifer Gonzales   Date: 06 / 08 / 2006