The University of Texas at San Antonio

College of Business
Office of Graduate Studies and Research

April 23, 2007

Mr. Tom Retzlaff
PO BOX 92
San Antonio, Texas 78291-0092

Dear Mr. Retzlaff:

Congratulations on your admission into the College of Business graduate program. We have reviewed your application for admission to the College of Business at the University of Texas at San Antonio, and after careful review, are happy to inform you that you have been accepted as a Conditional Student into the MBA program for the Summer, 2007 semester *pending receipt of your official final transcript and degree.*

As a Conditional Student, you must receive a grade of "B" or better in your first twelve semester hours of coursework, and in each course completed in your first two semesters of enrollment. Please be advised that only graduate courses in the College of Business will count towards these twelve hours. However, if you earn below a "B" in any course during your Conditional time period, you will be dropped from the program. Additionally, in your first semester you must register for and successfully complete one of the following courses: ACC 5003, ECO 5003 or MS 5003. Continuation in the MBA program is contingent upon you fulfilling these conditions. To assist you in meeting the academic standards at UTSA, you should make an appointment to speak with a Graduate Adviser who will help you develop your class schedule.

Please refer to the enclosed worksheet outlining your degree plan. Also, you should obtain a Class Schedule from the Admissions Office or the UTSA website (www.utsa.edu) for registration instructions. The Summer/Fall, 2007 Graduate Student Orientation will be held on Thursday, August 16th at 5:30 p.m.-7:00 p.m. in the Business Building. You should plan to attend to receive important information and ask questions regarding policies and procedures in the College of Business at UTSA.

If you have any questions, please contact the College of Business Graduate Advising Office at: (210) 458-4641.

I wish you success in your academic endeavors.

Sincerely,

Dr. Diane Walz
Associate Dean for Graduate Studies and Research

**ATTACHMENT 5**