The University of Texas at San Antonio

College of Business
Office of Graduate Studies and Research

November 19, 2007

**MEMORANDUM**

RECEIVED NOV 19 2007 OFFICE OF STUDENT JUDICIAL AFFAIRS

To: Todd Wollenzier
Assistant Director
Student Judicial Affairs

Fr: Diane Walz
Associate Dean for Graduate Studies and Research

Subject: Description of MBA Admissions Process

---

**MBA ADMISSIONS PROCESS**
**UTSA**

Applicants to the MBA program at UTSA must submit the following:
1. A completed application,
2. Transcripts from all other universities or colleges attended, including evidence of having earned an undergraduate degree,
3. a GMAT score, and
4. A personal statement.

Applicants are encouraged, although not required, to submit:
1. An up to date resume
2. Letters of recommendation

The MBA Program Committee, including the Associate Dean, *ex officio*, as a representative for the Dean of the College, sets the standards for admission. Applications are reviewed independently by two Office of Graduate Studies & Research staff members and by the Associate Dean, who process the applications based upon the admission standards established by the MBA Committee with approval from the Dean of the College of Business. We do not have limits on the number of clear admissions to the MBA program. We do have limits on the number of conditional admissions that we can make to the MBA program in any given semester.

**ATTACHMENT 6**

Page 2

Our admission standards are designed to ensure that students accepted in to the MBA program have a good chance to succeed. Our average GMAT score is nearly 600. We look for a balance between quantitative and verbal skills. Even for conditional admissions, we do not like to go below the 15th – 20th percentile on the GMAT quantitative section (unless the applicant's previous academic reveals high grades in rigorous math courses.).

When we consider the applicant's previous academic record, we consider the quality of the undergraduate institution (or institutions), the applicant's overall grade point average, and the grade point average for the last 60 hours. We look at the number of different institutions and the distribution of grades. We consider the applicant's undergraduate performance relative to the applicant's work record, as inferred from the personal statement and/or resume.

Letters of recommendation that speak to an applicant's motivation, intelligence, and work ethic can carry weight in the process. Depending upon the credentials of the recommenders, a set of highly favorable recommendations can be a positive factor in the admissions process. Similarly, a resume that reflects a background of work experience in roles of increasing responsibility and leadership can also impact the admissions process positively.

Mr. Retzlaff's undergraduate work spanned 20 years. His overall undergraduate grade point average was not good, but his gpa for his most recent 60 hours of undergraduate work was acceptable. The length of time which Mr. Retzlaff took to complete his undergraduate degree was noted, but not considered negatively because of his extensive military service, particularly in combat.

Mr. Retzlaff did not submit letters of recommendation or a resume. His GMAT score is at the bottom of the range of scores which we admit conditionally. His score on the quantitative portion of the GMAT was at the 6th percentile. In the absence of high grades in rigorous math or statistics courses, and without evidence of extenuating circumstances, such a record would typically lead to denial of admission. In Mr. Retzlaff's personal statement, however, he described an extensive military career, with positions of increasing responsibility and leadership, as well as impressive service to the nation, involving both Gulf Wars, multiple tours of duty in combat zones, and a medical discharge caused by his multiple wounds in combat.

When I evaluated Mr. Retzlaff's application materials, I recommended that he be admitted conditionally because of his military record. The other OGS&R staff members concurred with this recommendation. In the absence of the military record described in Mr. Retzlaff's personal statement, we would have recommended denial.


cc:     Dr. Lynda de la Viña
        Dean, College of Business