UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| TOM RETZLAFF | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO: 5:08-CV-00170-OLG |
| LYNDA YVONNE DE LA VINA, | § | |
| DIANE BAKER WALZ, KYLE | § | |
| MERLETTE SNYDER, KATHERINE | § | |
| ANNE POPE, | § | |
|     Defendants. | § | |

### AFFIDAVIT OF KYLE SNYDER

| | |
|---|---|
| COUNTY OF BEXAR | § |
| | § |
| STATE OF TEXAS | § |

Before me, the undersigned authority, personally appeared KYLE SNYDER, who being known to me as the person whose signature appears below, and being first by me duly sworn, did depose and say:

1. "My name is Kyle Snyder. I am over 18 years of age and have never been convicted of a felony crime or any misdemeanor crime involving dishonesty. I have personal knowledge of the matters set forth in this affidavit, am competent to make the affidavit, and the facts I state herein are true and correct.

2. I am employed by the University of Texas at San Antonio (UTSA) director of the Liu's Family Foundation US-China Business Education Initiative at the UTSA College of Business. The foundation and college work together to sponsor the visit of Chinese business students granted student visas by the U.S. government to attend courses given by the our College of Business. In directing this program, I have regular contact with the visiting students and officials at the sponsoring foundation. One duty I perform is to help orient the visiting students and serve as a resource to address their questions and concerns.

3. In early-November 2007, a Chinese student participating in the Liu's Family Foundation program came to me about a problem with an MBA student named Thomas Retzlaff. The young female student, Lan Zhu, who people here called "Julie," stated that Mr. Retzlaff was harassing her in spite of her instructions that he

**EXHIBIT C**

leave her alone. Julie's description of Mr. Retzlaff's actions and the fear and concern she showed me caused me to offer the UTSA Police Department as an appropriate resource for her complaint. Together, we visited the police and jointly filed a report. **Attachment 1** contains a true and correct copy of the report that resulted from my visit to police department with Julie. I also consulted with other managers in the UTSA College of Business about Mr. Retzlaff and public information we found out about him.

4. Later in November 2007, I received an email from the dean of the College of Business, Lynda de la Vina, that relayed a report she had received that Mr. Retzlaff may carry a gun in his car. I did not forward the email to other people; and to my knowledge, no other recipients did either. But given Julie's complaint against Mr. Retzlaff and the facts we were learning about his background, I believed that this e-mail notification was necessary and prudent.

5. I now understand that Mr. Retzlaff alleges that I have told people that he is a 'dangerous man' and claims that this defames him. I testify here under oath that my conversations specifically about Mr. Retzlaff and his background have been limited to necessary discussions with UTSA managers, my lawyers, and Julie and other co-defendants in lawsuits that Mr. Retzlaff has brought against us in state court. Even in these conversations, I have not called Mr. Retzlaff a 'dangerous man.' But the facts about him speak for themselves."

END OF AFFIDAVIT

_____
Kyle Snyder

SWORN AND SUBSCRIBED before me on January 29, 2009.

[Notary Seal: AARON FARIS FULLER, Notary Public, STATE OF TEXAS, My Comm. Exp. 05-23-2009]

_____
Notary Public In and For the State of Texas

My Commission Expires 5-23-09