☐ Offense
☐ Offense Continuation
☒ Incident
☐ Incident Continuation

# University of Texas at San Antonio Police Department

*** OFFENSE / INCIDENT REPORT ***

UTSAPD FORM #21

Case # 2007-453B

Dispatch # 2007-72731D

| Offense/Incident Reported | Statute# | Location of Occurrence Address, City, State, Zip | District | Building | Room# |
|---|---|---|---|---|---|
| CONCERNED PERSON | | ONE UTSA CIRCLE, SAN ANTONIO, TX, | 200 | BB | 4.03.10 |

**Campus Type:** ☒ 1604 Campus ☐ Downtown Campus ☐ University Oaks ☐ Chisholm Hall ☐ Off Campus ☐ Other ☐ ITC

**Crime Relation:** ☐ Gang ☐ Hate ☐ Domestic ☐ Juvenile ☐ Family Violence

**Offense Stage:** ☐ Attempted ☐ Completed

**Alcohol/Drug Related:** ☐ Drugs ☐ Alcohol

**Status:** ☐ Active ☐ Arrest ☐ Excep. Cleared ☐ Unfounded ☐ Inactive

**Request Referral To:** ☒ Chief of Police ☒ Judicial Affairs ☐ Housing ☐ University Admin. ☐ Outside Agency — ☐ Communications ☐ Safety ☐ Physical Plant ☐ Risk Manager

| Time/Date(s) of Occurrence Fixed: Date | Time | Or | Date(s)/Time(s) Range of Occurrence: Date | Time | To | Date | Time | Date/Time Reported: Date | Time |
|---|---|---|---|---|---|---|---|---|---|
| | hrs | | | 0 hrs | | | hrs | 8 Nov 07 | 1330 hrs |

Code: C=Complainant R=Reporting Person W=Witness F=Field Contact — University Affiliation (UA): S=Student F=Faculty/Staff N=Non-Affiliated

| Code | Name (Last, First, Middle) | Int | UA | Occupation | Race | Sex | ☐DL ☐ID State&# | ID# | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| R | ZHU, LAN | Y | S | STUDENT | A | F | | 01094893 | 7 Jul 79 | 28 |

| Address | City | State | Zip | Bus Phone | Home Phone |
|---|---|---|---|---|---|
| UNIVERSITY OAKS, PHASE III APT. #3402 | SAN ANTONIO | TX | 78249 | | 210.877.0150 |

| Code | Name (Last, First, Middle) | Int | UA | Occupation | Race | Sex | ☒DL ☐ID State&# | ID# | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| F | SNYDER, KYLE M. | Y | F | DIR LIU FOUN | W | F | 16035939 | 00523635 | 8 Sep 60 | 47 |

| Address | City | State | Zip | Bus Phone | Home Phone |
|---|---|---|---|---|---|
| 13303 LARKBROOK DR. | SAN ANTONIO | TX | 78233 | 210.458.4946 | |

| Code | Name (Last, First, Middle) | Int | UA | Occupation | Race | Sex | ☐DL ☐ID State&# | ID# | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Address | City | State | Zip | Bus Phone | Home Phone |
|---|---|---|---|---|---|
| | | | | | |

| Code | Name (Last, First, Middle) | Int | UA | Occupation | Race | Sex | ☐DL ☐ID State&# | ID# | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Address | City | State | Zip | Bus Phone | Home Phone |
|---|---|---|---|---|---|
| | | | | | |

**OFFENDER #1**

Code: S=Suspect A=Arrestee O=Offender — University Affiliation (UA): S=Student F=Faculty/Staff N=Neither

| Code | Name (Last, First, Middle) | Race | Sex | ☒DL ☐ID State&# | ID# | DOB | Age |
|---|---|---|---|---|---|---|---|
| O | RETZLAFF, THOMAS C. | W | M | 22016498 | | 14 Mar 66 | 41 |

| Address | City | State | Zip | Bus Phone | Home Phone |
|---|---|---|---|---|---|
| 8302 WEST HAUSMAN RD | SAN ANTONIO | TX | 78249 | | 210.317.9800 |

| Height | Weight | Hair Color | Eye Color | SID# | FBI# | Social Sec# |
|---|---|---|---|---|---|---|
| 5'9" | 180 lbs | BROWN | BROWN | | | |

| Place of Employment | UA | Occupation | Alias | Int | Statement | Rights |
|---|---|---|---|---|---|---|
| UNKNOWN | S | STUDENT | | N | N | N |

| Permanent Address | City | State | Zip |
|---|---|---|---|
| SAME AS ABOVE | | | |

**OFFENDER #2**

Code: S=Suspect A=Arrestee O=Offender — University Affiliation (UA): S=Student F=Faculty/Staff N=Neither

| Code | Name (Last, First, Middle) | Race | Sex | ☐DL ☐ID State&# | ID# | DOB | Age |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Address | City | State | Zip | Business Phone | Home Phone |
|---|---|---|---|---|---|
| | | | | | |

| Height | Weight | Hair Color | Eye Color | SID# | FBI# | Social Sec# |
|---|---|---|---|---|---|---|
| | lbs | | | | | |

| Place of Employment | Occupation | Alias | Int | Statement | Rights |
|---|---|---|---|---|---|
| | | | | | |

| Permanent Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Report By | Badge # | Date | Time | Approved By | Badge # | Date | Time |
|---|---|---|---|---|---|---|---|
| [signature] | 581 | 8 NOV 07 | 2100 | | | | |

**Additional:** ☐ Crimes Against Persons ☐ Arrest Report/Booking Slip ☐ Crimes Against Property ☐ Family Violence ☐ Crimes Against Persons/Property ☐ DWI report ☐ Supplemental Forms ☐ Evidence Form

**ATTACHMENT 1**

| Case # 2007-453B | University of Texas at San Antonio Police Department<br>UTSAPD Form #21 | Page 2 of |
|---|---|---|

Narrative

On November 8, 2007 at approximately 14:00 hours I met with the Director of the LIU's FAM Foundation, Kyle Snyder, and one of her students, Lan Zhu. The meeting took place in Snyder's office located in BB 4.03.10. Snyder advised me that Zhu was having problems with a fellow student identified as Thomas Retzlaff. Zhu stated that she formally met Retzlaff only 10 days ago although they have been classmates since the beginning of the Fall semester. Zhu stated that Retzlaff wanted to take their relationship past the friendship stage and that she advised him that she was married. She also advised Retzlaff that her husband would be coming so San Antonio on December 20, 2007 to participate in her completion of the program and then she would return to China. Zhu stated that Retzlaff's advances became even more demanding and that she was uncomfortable with the situation so she sought assistance from Snyder. Snyder then contacted me on Tuesday, November 6th and asked me for guidance. I advised Snyder to have Zhu email Retzlaff and make it clear to him that she did not want any further contact with him. This way she would have a written record of her desires. I then asked Snyder to keep me posted on any further updates regarding this issue.

Zhu emailed Retzlaff on November 8, 2007 at 09:49 hours with a short message (copy of email attached) that made it quite clear she did not want any further contact with Retzlaff. Retzlaff responded to the email at 11:12 hours (copy of email attached) with a one page reply filled with allegations of consensual sexual relations as well as use of his credit card to purchase a $900.00 computer for her husband. It should be noted that even though Retzlaff's email contained alleged graphic sexual acts with Zhu, he also copied Snyder and the Assistant Director of the LIU program, Beth Guajardo knowing that they would also read his response. When I questioned Zhu if Retzlaff allowed her to use his credit card she stated that he ordered the computer because her credit card had a $500.00 purchase limit. She also explained that although it was ordered, she had not yet received it and that she would pay him back if it arrives. She explained that she wanted to purchase the computer for her husband because computers were very expensive in China.

After reading the email I assumed that the statements made by Retzlaff were false however, after speaking with Zhu it was determined that they were partially true. Zhu admitted to going to Retzlaffs apartment on three separate occasions since October 26, 2007 and on at least one occasion having kissed and consented to an undetermined level of sexual activity. Although Zhu spoke very good English, we did have some minor language barriers that prevented clear explanations of just how far their relationship had gone. It was obvious that Zhu was upset and she mentioned dishonor regarding her husband. She stated that she was concerned that Retzlaff was going to confront her husband as well as show him photographs as he explained in his email.

Zhu stated that when she first met Retzlaff he appeared to be very friendly and helpful assisting her in school. Retzlaff also took her to several off-campus locations such as downtown San Antonio, and the US Army base, Fort Hood. She believed that since she shared information about her culture in China, that he was just returning the favor by explaining American culture.

I advised Zhu that we would speak with Retzlaff and advise him to have no further contact with her. I explained that it was necessary for the police department to communicate with Retzlaff in order to make it clear no further contact would be tolerated. Zhu was hesitant but she agreed to my recommended course of action. I advised Zhu not to respond to any further emails from Retzlaff and to keep copies for inclusion in this report. Zhu explained that she has a class with Retzlaff on next Tuesday and she is supposed to give a presentation. She is afraid that he will make a scene in the class and is contemplating on not attending. I advised Zhu that we would speak with her professor and try to make other arrangements for her to fulfill her course obligations. I also advised Zhu that it was highly probable that Retzlaff would attempt further contact and that she should not respond. I then gave Zhu my business card with my phone number and the number to the police dispatcher with instructions to call should she need our assistance before we have a chance to speak with Retzlaff.

On November 8, 2007 at 21:00 hours I contacted dispatch and asked them to send a patrol to Zhu's apartment to conduct a welfare check. Dispatch advised me that there was no contact so I asked them to continue with their attempts until the end of the second shift.

☐ Continued on Offense Continuation/Supplement ☐ Continued on Incident Continuation/Supplement

| ☐ Offense Supplement | University of Texas at San Antonio<br>Police Department<br>Continuation/Supplement Form | Case # 2007-453B |
|---|---|---|
| ☒ Incident Supplement | | |

| Title | CONCERNED PERSON |
|---|---|

Narrative

On November 9th, 2007 at 11:30 hours I met with Thomas Retzlaff in my office to discuss concerns that Ms Lan Zhu had with her relationship with Retzlaff. At first Retzlaff was hesitant to discuss the issue stating that the university had no business getting involved in his relationship. He also stated that Kyle Snyder, the Director of the Liu Program had no business in his affairs. I explained that Zhu, a Chinese citizen, sought assistance from Snyder because she didn't know who else to go to. I also explained that Snyder wasn't sure how to handle the situation so she sought assistance from the police department. I briefed Retzlaff that Zhu didn't want any further contact with him which was the basis for our meeting.

Retzlaff was upset and couldn't understand why Zhu wanted to end their relationship. He went on to explain that his relationship with Zhu had reached a point were they had even gone out looking for a house they could both move into. In addition, he mentioned that Zhu did not want to return to China so Retzlaff had taken steps to obtain an extension on her visa as well as apply for a U.S. passport. He also went on to explain all of the places that the two of them had visited in the last couple of weeks indicating that they were spending a lot of time together. Comments were even made by Zhu's classmates that she was spending too much time with Retzlaff.

In late October Retzlaff took Zhu and one of her friend's Lei Zhou, who goes by the name Stephen, to Fort Hood to tour the U.S. Army base. He stated that both of them were excited about getting on an American military base and they took photographs of the base until they were stopped once Retzlaff realized what they were doing. Retzlaff said he had them place their cameras in the trunk of his vehicle to prevent them from taking photographs and he also added that Zhou was taking pictures with his cell phone. He stated that he also took them to a couple military museums and then returned to San Antonio.

Retzlaff also explained that he had a picture of an F-117 Stealth Fighter aircraft on his wall and that Zhu asked him what type of aircraft it was. He stated that it was an F-117 and Zhu replied, the Stealth fighter? Retzlaff also stated that one time when after he finished taking a shower that after he came out of the bathroom he caught Zhu on his computer looking at a project he was working on involving Homeland Defense. He also stated that Zhu and her friend Zhou wanted him to take them to Lackland or Randolph Air Force base but he declined. It was shortly after this that Zhu broke up with Retzlaff.

I briefed Retzlaff that Zhu was concerned about statements he made in one of his emails regarding meeting Zhu's husband when he arrives in San Antonio as well as showing her husband some photographs that he had of Zhu. I asked him if Zhu was aware of all of the photographs that he had taken and if there were any that would be considered inappropriate. He asked what I meant by inappropriate and I stated, something he would not show to his parents and he stated that he would show them most of them and that Zhu was aware of all photographs taken.

I asked Retzlaff if there was a possibility of Zhu using him to gain U.S. citizenship and he stated that he didn't know. The more we discussed the situation the more he became resentful towards Zhu, but not in a threatening manner. He appeared to be angry with being used and felt she should have been honest with him rather than getting the university involved. He also started to refer to her as a Chinese communist and that her friend was a hard core Chi-Com, a member of the Chinese military. I explained that since she filed a report with the police that we had to act and that we could not just ignore her concerns. I also explained that since Zhu was a Chinese citizen and a participant of the Liu program that the situation wasn't a typical boyfriend – girlfriend issue. I stated that there were many other factors to consider never mind the fact that Zhu is married.

Retzlaff then became concerned with the fact that he purchased a $900.00 laptop computer for her husband using his charge card. I stated that the College of Business sent a copy of a fax that appeared to show that Zhu purchased the laptop however, there was no credit card information on the invoice, just Zhu's name and her mailing address. Retzlaff then produced an email from Zhu that indicated Zhu's acknowledgement that Retzlaff did in fact purchase the computer. Zhu stated in her email (copy attached) that she was willing to pay Retzlaff for any interest he may have been charged. I asked Retzlaff to provide me a copy of an invoice showing he purchased the computer and he stated that he didn't need our assistance. It is unclear at this point who actually purchased the computer due to the lack of actual purchase documents with the personal information included. There is a possibility that both of them ordered a computer not realizing that Zhu's original order was accepted or that an adjustment to her card limit was made.

| ☐ Offense Supplement |  | University of Texas at San Antonio<br>Police Department<br>Continuation/Supplement Form | Case # 2007-453B |
|---|---|---|---|
| ☒ Incident Supplement | | | |

I advised Retzlaff by making it as clear as possible that Zhu did not want any further contact with him and that if he continued to do so he could be charged with harassment. Retzlaff stated that he knew the law and that it states creditors are allowed to contact people that owe them money. I advised him that this would not be interpreted by the courts in the same way since creditors do not have sexual relations with their clients. I also stated that we would assist him in recovering the money for the laptop he purchased and he stated that he didn't need our assistance.

I then closed by repeating that he needed to stay away from Zhu while on UTSA property and that it was a good idea not to try and attempt to talk to her in the Tuesday class they share. He stated that he would keep his distance and that he was going to talk to Snyder when he leaves my office to explain his side of the story. I asked him to wait until I had a chance to speak with her and then he could contact her afterwards. He stated that he was going to get some lunch and then he would return to speak with Snyder afterwards.

After Retzlaff departed my office I called Snyder's office twice but received no response. I then called the Liu Program office and was advised that Snyder was in a meeting with the Dean. I was also informed that Retzlaff was now over at Zhu's apartment in the University Oaks. I asked how they had that information and they stated that Zhu's room mates had called because they were afraid to answer the door. I then called Retzlaff and asked him why he ignored my orders to stay away from Zhu and he stated that he was not on UTSA property. I advised him that the University Oaks was in deed on UTSA property and he stated that he did not know that. I stated that I found it a bit hard to believe that he didn't know the University Oaks was on UTSA property since he had been a student here for a number of years. He explained that since it had the name "University" that didn't mean it belonged to UTSA. I then asked him to return to campus because I intended to issue him a criminal trespass for the University Oaks housing area. He stated that he had other obligations and could not return. I then advised him that all of the patrols on campus have been briefed and if he was found in the housing area he would be arrested for criminal trespass. He stated that he understood and would not return to the housing area.

Since my last meeting with Retzlaff I have received a number of emails from him which I have attached to this report. In addition, I have also been notified that Retzlaff had emailed (copies attached) and phoned Zhu numerous times over this past weekend which is a direct violation of my orders to him not to have further contact with Zhu. Because Retzlaff continues to contact Zhu against her wishes and my direct orders not to do so, harassment charges will be filed against him. Zhu has since filed a formal complaint against Retzlaff for harassment. Retzlaff has violated every order I've given him even though he stated he would cease all contact. I have every reason to believe he will continue his attempts to contact Zhu or other members of the Liu Program in order to make contact with Zhu.

| Report By: | Badge# | Date | Time | Approved By: Badge# | Date | Time |
|---|---|---|---|---|---|---|
| [signature] | 581 | 12 Nov 07 | 1522 hrs | | | hrs |

**Kyle Snyder**

**From:** zhulan zhulan [zhulan79@hotmail.com]
**Sent:** Thursday, November 08, 2007 9:49 AM
**To:** retzlaff@texas.net; Kyle Snyder; Beth Guajardo

Tom Retzlaff,
Let me remind you again that I don't love you. Don't email me, visit me, call me or plan any kind of private contact. In order to ensure that I can finish my study here sucessfully and safely, I have contacted our program sponsor and made it clear that I would not want to keep any kind of close relationship with you except for classmates. Do not contact me again. I copy this email to my program sponsor.

Julie

---

Get news, entertainment and everything you care about at Live.com. Check it out!

**Kyle Snyder**

**From:** tretzlaff13@sprintpcs.com on behalf of Tom Retzlaff [retzlaff@texas.net]
**Sent:** Thursday, November 08, 2007 11:12 AM
**To:** zhulan zhulan; Kyle Snyder; Beth Guajardo
**Subject:** RE:

Zhu Lan,

[ REDACTED ]

Tom Retzlaff

-----Original Message-----
From: "zhulan zhulan" <zhulan79@hotmail.com>
To: retzlaff@texas.net; kyle.snyder@utsa.edu; beth.guajardo@utsa.edu
Sent: 08-Nov-07 9:49 AM
Subject:

Tom Retzlaff,
Let me remind you again that I don't love you. Don't email me, visit me, call me or plan any kind of private contact. In order to ensure that I can finish my study here sucessfully and safely, I have contacted our program sponsor and made it

clear that I would not want to keep any kind of close relationship with you except for classmates . Do not contact me again. I copy this email to my program sponsor.

ie

News, entertainment and everything you care about at Live.com. Get it now! http://www.live.com/getstarted.aspx