Fw: Notice of Appeal deadline
Case 5:08-cv-00170-OLG   Document 23-18   Filed 01/30/09   Page 1 of 6
Page 1 of 6

----- Original Message -----
From: Gage Paine
To: 'Tom Retzlaff' <retzlaff@texas.net>
Cc: Anne Jimenez
Sent: Tue May 27 18:14:18 2008
Subject: RE: Notice of Appeal deadline

Dear Mr. Retzlaff;

From the information provided by you in this e-mail string, I find that Student Judicial Affairs met the notification obligation under the Student Code of Conduct and in fact, in trying to send a fax, staff members went beyond what was required. You say there was a problem with the fax machine, but letters were sent both registered and regular mail as well. However, since you assert that you did not receive notice until Friday and you state that you wish to consult with your attorney, I will modify the deadline for notice of appeal. Your new deadline is 5:00 p.m. Tuesday, June 3, 2008. If you decide that you wish to appeal, all of the normal timelines in the Student Code of Conduct for preparation of your appeal will apply. For your reference, here is the link to the Student Code of Conduct: http://www.utsa.edu/infoguide/appendices/b.cfm

Sincerely,

Gage E. Paine

Vice President for Student Affairs

The University of Texas at San Antonio

From: Tom Retzlaff [mailto:retzlaff@texas.net]
Sent: Monday, May 26, 2008 11:29 PM
To: Gage Paine
Subject: FW: Notice of Appeal deadline
Importance: High

**ATTACHMENT 2**

file://C:\Documents and Settings\LWH1\Local Settings\Temp\XPgrpwise\483C518COCS...   6/27/2008

Dear Dr. Paine,

As you can see from the below emails, the decision from the UTSA hearing officer in my case was not received until last Friday. Ms. Jimenez says that I must ask you for an extension of time to file my notice of appeal; therefore, I am requesting that I be given 14 days from last Friday to decide whether or not I should file a notice of appeal after consultations with my attorney.

Please let me know your decision.

Thanks.

Tom Retzlaff

From: Anne Jimenez [mailto:Anne.Jimenez@utsa.edu]
Sent: Friday, May 23, 2008 4:24 PM
To: Tom Retzlaff
Subject: Notice of Appeal deadline

Mr. Retzlaff,

The only deadline that expires on Wednesday, May 28, 2008 at the close of business is for the Notice of Appeal. You then have 14 calendar days to submit the appeal itself. Additionally, any request for an extension to file the notice of appeal would need to be directed to Dr. Paine, Vice President of Student Affairs.

Sincerely,

Anne L. Jimenez

Assistant Dean of Students and Director, Student Judicial Affairs

UC 2.02.18

210.458.4720

---

From: tretzlaff13@sprintpcs.com [mailto:tretzlaff13@sprintpcs.com] On Behalf Of Tom Retzlaff
Sent: Friday, May 23, 2008 4:09 PM
To: Anne Jimenez
Cc: Todd Wollenzier; Daniel Escobar
Subject: RE: Hearing Decision-additional copy
Importance: High

Well, this is BS. I ain't my fault I was out of town. The decision was only just received today.

I request an extension to file the notice of appeal.

This is just yet another stunt by you fools designed to violated my Due Process rights. Guess I will be filing a lawsuit Tuesday.

Tom Retzlaff

---

From: Anne Jimenez <Anne.Jimenez@utsa.edu>
Sent: Friday, May 23, 2008 11:56 AM
To: Tom Retzlaff <retzlaff@texasnet>
Cc: Todd Wollenzier <Todd.Wollenzier@utsa.edu>; Daniel Escobar <Daniel.Escobar@utsa.edu>
Subject: Hearing Decision-additional copy

Mr. Retzlaff,

The hearing officer rendered his decision on May 13, 2008, and the penalty assessed is expulsion, effective at the conclusion of the Spring 2008 semester. We forwarded that decision to you at the address you provided us via certified mail and regular mail, in accordance with our customary practice. In addition, we made several attempts to fax the decision to your fax number, and were successful in transmitting six of the seven pages, at which time the line was disconnected. To ensure that you are afforded your full due process rights, we are attaching the hearing decision to this e-mail, and notifying you that, pursuant to the Student Code of Conduct, should you wish to exercise your right to appeal this expulsion decision, you must file a Notice of Appeal within 14 calendar days from the date the decision was rendered.

To open the hearing decision, click on the attachment, select open, select program from a list, then choose windows picture and fax viewer and then ok.

Sincerely,

Anne L. Jimenez

Assistant Dean of Students and Director, Student Judicial Affairs

UC 2.02.18

210.458.4720

---

From: tretzlaff13@sprintpcs.com [mailto:tretzlaff13@sprintpcs.com] On Behalf Of Tom Retzlaff
Sent: Friday, May 23, 2008 10:04 AM

To: Daniel Escobar
Cc: Todd Wollenzier; Anne Jimenez
Subject: RE:

Ok. I will be checking my mail this afternoon so maybe something will be there.

Tom Retzlaff

---

From: Daniel Escobar <Daniel.Escobar@utsa.edu>
Sent: Friday, May 23, 2008 10:01 AM
To: Tom Retzlaff <retzlaff@texas.net>
Cc: Todd Wollenzier <Todd.Wollenzier@utsaedu>; Anne Jimenez <Anne.Jimenez@utsa.edu>
Subject: RE:

Yes, I have provided the Office of Judicial Affairs with my decision letter. Please contact them so that they can get you your copy of that letter.


Daniel Escobar, Executive Director
Office of P-20 Initiatives
501 W. Durango Blvd.
San Antonio, Texas  78207-4415
(210) 458-2769 Office
(210) 458-2764 Fax
daniel.escobar@utsa.edu

---

From: Tom Retzlaff [mailto:retzlaff@texas.net]
Sent: Friday, May 23, 2008 9:22 AM
To: Daniel Escobar
Cc: Todd Wollenzier
Subject:

I have been out of town for several weeks due to the summer break.  Have you made a decision yet in my case?  Someone tried to fax something while I was gone, but the fax

file://C:\Documents and Settings\LWH1\Local Settings\Temp\XPgrpwise\483C518COCS...    6/27/2008

did not come through for whatever reason

Tom Retzlaff
PO Box 92
San Antonio, Texas 78291-0092
(210) 317-9800  OFFICE
(210) 521-9146  FAX
Email: retzlaff@texas.net <mailto:retzlaff@texas.net>

The information in this electronic mail is confidential and may be legally privileged. It is directed solely to the addressee and no one else is authorized to have access to this electronic mail. If you are not the addressee to whom it is directed, you are prohibited or it may be illegal to copy, to distribute, or take any action related to the contents of this electronic mail.

***** DISCLAIMER ***** Ce message électronique et chacune de ses annexes sont établis a l'attention exclusive du destinataire et peuvent contenir des informations confidentielles. Si vous recevez ce message par erreur, veuillez le détruire et avertir son expéditeur. Toute publication, reproduction, copie, distribution ou autre diffusion ou utilisation par des tiers est interdite sans autorisation expresse. L'expéditeur ne peut être tenu responsable d'une modification de son message qui résulterait de la transmission par voie électronique.

***** DISCLAIMER ***** Deze e-mail en al zijn bijlagen zijn uitsluitend voor de geadresseerde bestemd en kunnen vertrouwelijke informatie bevatten. Als u deze boodschap per vergissing toegestuurd kreeg, gelieve de afzender onmiddellijk te verwittigen en de e-mail te vernietigen. Publicatie, reproductie, kopie, distributie of andere verspreiding of gebruik door derden is verboden, tenzij anders vermeld. De afzender kan niet verantwoordelijk worden gesteld voor enige wijziging van zijn bericht tijdens de elektronische transmissie.