Mr. Retzlaff:

I am denying your request for reconsideration. Your Notice of Appeal was not timely under either the Regent's Rule or the UTSA Student Code of Conduct. Both of those provisions provide that the Notice of Appeal must be <u>delivered</u> to the University by the deadline. The deadline that I gave you when I granted your extension was Tuesday, June 3 at 5 p.m., your Notice of Appeal was not delivered to the University by that time. In fact, your Notice of Appeal was not delivered to the University until Friday, June 6. Because your Notice of Appeal was not timely, the Hearing Officer's decision has been implemented.

Sincerely,

Gage E. Paine
Vice President for Student Affairs
The University of Texas at San Antonio
One UTSA Circle
San Antonio, Texas 78249

---

**From:** Tom Retzlaff [mailto:retzlaff@texas.net]
**Sent:** Monday, June 09, 2008 10:44 AM
**To:** Gage Paine
**Subject:** UT System Student Code of Conduct.pdf - Adobe Acrobat Professional
**Importance:** High

Dear Ms. Paine,

Enclosed is a complete copy of the disciplinary procedures that was given to me by you people upon which I relied when I sent my notice of appeal to the UTSA President instead of to you. It seems that the information contained in the link that you provided in your May 27th email is markedly different than that in the Code of Conduct that I was provided.

I would like to schedule a meeting with you to discuss this and to find out exactly which set of rules apply. It seems terribly unfair that I should be screwed out of my chance to appeal to either you or the President on account of my good faith reliance on procedures that were given to me by your staff. I am also concerned that your decision is being based more on personal animus then on the principals of fairness and due process.

Please let me know when we can talk.

Thanks.

Tom Retzlaff

**ATTACHMENT 3**