**UTSA** The University of Texas at San Antonio

Office of the President

June 26, 2008

Thomas C. Retzlaff                          *via Fax (210) 521-9146*
Post Office Box 92                          *and Regular Mail*
San Antonio, Texas 78291-0092

Dear Mr. Retzlaff:

I am in receipt of your June 18 letter indicating your intention to appeal the June 6, 2008 decision of Dr. Gage Paine, Vice President of Student Affairs. Your Notice of Appeal to Dr. Paine was not timely and so the Judicial Affairs case was officially closed and the decision of the Hearing Officer was made final. Because Dr. Paine did not render a decision in this case, there is no decision to appeal under Section 704 of the UTSA Student Code of Conduct.

Sincerely,

Ricardo Romo
President

RR/bb

**ATTACHMENT 4**