# UTSA
The University of Texas at San Antonio

Student Affairs
Office of Student Judicial Affairs

March 21, 2008

Thomas C. Retzlaff
P.O. Box 92
San Antonio, Texas 78291-0092

Dear Mr. Retzlaff:

On March 20, 2008, you verbally requested details regarding the dates and locations of alleged incidents of harassment. Listed below are the specific dates and approximate times of your emails, phone calls, and personal contact with UTSA student, Lan Zhu, in support of this charge.

At this time the Office of Student Judicial Affairs has provided all the information you have requested prior to proceeding with your disciplinary hearing. To be able to complete your hearing expeditiously, please forward to me any further requests, in writing, by Tuesday, March 25, 2008.

1. 11/08/07 at 9:49 a.m. – Lan Zhu sent you an email at retzlaff@texas.net communicating to you to stop all contact with her.

2. 11/08/07 at 11:12 a.m. - You replied from tretzlaff13@sprintpcs.com depicting your sexual relationship.

3. 11/09/07 at 11:30 a.m. - Captain Kiley met with you and instructed you not to contact Lan Zhu. You told Captain Kiley you would keep your distance.

4. 11/09/07 at 1:30 p.m. - You left Captain Kiley's office and went to Lan Zhu's residence on campus, and knocked on her door.

5. 11/09/07 at 16:06 (4:06 p.m.) - You emailed Lan Zhu from retzlaff@texas.net. In that email you admit to coming to her residence and knocking on her on-campus residence door.

6. 11/10/07 at 13:25 (1:35 p.m.) – You emailed Lan Zhu from t_retz@hotmail.com.

One UTSA Circle • San Antonio, Texas 78249-0706 • 210-458-4720 • 210-458-4715 fax


EXHIBIT E

Thomas C. Retzlaff
March 21, 2008
Page 2

7. 11/10/07 at 1:40 p.m. - You called Lan Zhu. She saw your phone number, 210-317-9800, on caller I.D.

8. 11/10/07 at 5:21 p.m. - You called Lan Zhu. Caller I.D. showed no number available. Lan Zhu answered and confirmed it was you and hung up.

9. 11/11/07 at 3:28 a.m. – You emailed Lan Zhu from retzlaff@texas.net.

10. 11/11/07 at 1:00 p.m. - You called Lan Zhu from 210-317-9800.

11. 11/11/07 at 16:04 (4:04 p.m.) – You emailed Lan Zhu from retzlaff@texas.net.

12. 11/11/07 at approximately 5:00 p.m. - You called Lan Zhu and left a message on her answering machine.

13. 11/11/07 at 18:58 (6:58 p.m.) - You emailed Lan Zhu from retzlaff@texas.net. In that email you admit you tried to call her at "5:20 p.m. or so" that day.

14. 11/12/07 at 1:16 a.m. - You emailed Lan Zhu from retzlaff@texas.net.

15. 11/12/07 at 10:32 a.m. - You emailed Lan Zhu from retzlaff@texas.net.

16. 11/15/07 at unknown time (copied your email into her email) - You admit in this email to speaking with Lan Zhu when you called her and she hung up.

17. 12/08/07 at 01:22 (1:22 a.m.) - You emailed Lan Zhu from retzlaff@texas.net.

18. 12/08/07 at 17:36 (5:36 p.m.) - You emailed Lan Zhu from retzlaff@texas.net.

19. 12/09/07 at 18:24 (6:24 p.m.) - You emailed Lan Zhu from retzlaff@texas.net.

20. 12/09/07 at 23:07 (11:07 p.m.) - You emailed Lan Zhu from retzlaff@texas.net.

21. 12/10/07 at 15:19 (3:19 p.m.) - You emailed Lan Zhu from retzlaff@texas.net.

22. 12/11/07 at 00:38 (12:38 a.m.) - You emailed Lan Zhu from retzlaff@texas.net.

23. 12/12/07 at 14:25 (2:25 p.m.) - You emailed Lan Zhu from retzlaff@texas.net.

24. 12/18/07 at 1:01 a.m. - You emailed Lan Zhu from retzlaff@texas.net.

25. 12/18/07 at 15:13 (3:13 p.m.) - You emailed Lan Zhu from retzlaff@texas.net.

Thomas C. Retzlaff
March 21, 2008
Page 3

I have also attached additional documentary evidence in support of the complaint that may be produced in the hearing. The description of this evidence is listed below.

- UTSA Banner information (2 pages) dated March 19, 2008, noting your email addresses filed with the university.

Respectfully,

*Todd Wollenzier*

Todd Wollenzier
Assistant Director, Student Judicial Affairs

Enclosures – to student only

cc:  Louis Martinez
     Priscilla Lozano
     Robert Johnson III