From: danielle_edan@hotmail.com
To: retzlaff@texas.net
Subject: RE:
Date: Mon, 25 Feb 2008 17:27:42 -0600

Tom,
Please do not contact me any more by email, phone or in person. If you do, I will notify the police and file harassment charges.
Danielle

---

From: retzlaff@texas.net
To: danielle_edan@hotmail.com
Subject:
Date: Sun, 24 Feb 2008 16:15:33 -0600

Dear Danielle (许逸丹),

I have received information that causes me to believe that you have been saying negative and defamatory things about me to other people at school (and elsewhere), to include fellow Chinese students. This information has been reported to my attorney and we are preparing to file a lawsuit against you, just like the lawsuits that we have filed against UTSA, several university staff, and the Liu Family Foundation.

I know that the Chinese students are very poor, so it was not difficult for me to find someone who would agree to give me information in exchange for money. The girl shared with me information that leads me to believe that you have engaged in misconduct against me.

Before we file this lawsuit I wish to give you an opportunity to explain. Perhaps this is nothing more than a misunderstanding. Or my information could be wrong. Either way, I feel that it is important to be fair to you and to give you this opportunity. I do not want to file a lawsuit unless I absolutely have to.

I would like to meet with you in person so we can discuss this matter. We can meet at a Starbucks or McDonalds or something like that anywhere along IH-10 between DeZavala and Huebner. I believe that would be most convenient for you.

By the way, I hope that you do not blame me for the fact that the FBI has been watching you. You can blame Zhu Lan for that. After all, she was the one who told them about your membership in the Chinese Communist Party, and of your relationship with the Chinese Students & Scholars Association and the Chinese government. She was the one who named names when she was being questioned by the FBI and other authorities. How could I know this stuff about you but for her and what she said? So please do not blame me for this.

While I am sure that you will share this email with people at UTSA, you should know that any advice that they give you will be advice that will be of benefit to them and to protect them – not you. When Julie got into trouble with the university in November, I tried to warn her of this fact. The University cares more about protecting its reputation and programs than it cares about one poor Chinese girl.

The University will not be able to assist you if we decide to file this lawsuit against you. You will have to hire your own attorney at your own expense and you will be forced to come to court. Do you really want us to be asking you questions about your membership in the Communist Party, and your activities here in America, in court in front of everybody? Obviously, that would bring great shame to you and to your family. And it could cause you to have problems with the government. Chinese communists are not welcome in America. And the government in Beijing does not like to be embarrassed – which is exactly what will happen if this lawsuit is filed!

Such a lawsuit could affect your immigration status since the lawsuit and misconduct on your part would be reported to the immigration authorities. People that are members of the Communist Party of China are not allowed to immigrate to America. That is the law. Of course, I am sure that someone at school will say "don't worry about it, it means nothing." Interestingly enough, that was the same advice that they gave Lan, and

EXHIBIT H

you know what happened to her. Do you want to take that chance? What would your family think when they find out? In addition, all information that we obtain in a lawsuit against you would be given to the FBI and the American government. Julie will never be allowed to travel to America again because of what happened. The government in Beijing is very angry with her and I have concerns for her safety, not to mention the loss of her job back home. But that is my worry, not yours.

You should know that a lawsuit has already been prepared with your name on it. It is ready to be immediately filed with the court this week.

However, I wish to give you an opportunity to explain and resolve this problem personally instead of in a court. I want to be as fair to you as possible. If I am making a mistake, I wish to give you the chance to point that out to me.
You have my telephone number, and now you have my email address, so you know how to contact me. If I do not hear from you within the next two days, I will assume that you are in fact guilty of this misconduct and my attorney will file the lawsuit against you.

Danielle, I hope that you understand that I cannot allow this kind of thing to go unchecked. That is why we have filed several lawsuits against the University and against many of its officials, to include Richard Liu and the Liu Family Foundation. That is why my attorney paid for someone in Hong Kong to go to Mr. Liu and to personally serve him with the lawsuit just a week or so ago. This is a very serious matter and I will not allow people to take advantage of me or to try to hurt me and my reputation.

I look forward to hearing from you soon, Danielle.


Tom Retzlaff

The information in this electronic mail is confidential and may be legally privileged. It is directed solely to the addressee and no one else is authorized to have access to this electronic mail. If you are not the addressee to whom it is directed, you are prohibited or it may be illegal to copy, to distribute, or take any action related to the contents of this electronic mail.
***** DISCLAIMER ***** Ce message électronique et chacune de ses annexes sont établis a l'attention exclusive du destinataire et peuvent contenir des informations confidentielles. Si vous recevez ce message par erreur, veuillez le détruire et avertir son expéditeur. Toute publication, reproduction, copie, distribution ou autre diffusion ou utilisation par des tiers est interdite sans autorisation expresse. L'expéditeur ne peut être tenu responsable d'une modification de son message qui résulterait de la transmission par voie électronique.
***** DISCLAIMER ***** Deze e-mail en al zijn bijlagen zijn uitsluitend voor de geadresseerde bestemd en kunnen vertrouwelijke informatie bevatten. Als u deze boodschap per vergissing toegestuurd kreeg, gelieve de afzender onmiddellijk te verwittigen en de e-mail te vernietigen. Publicatie, reproductie, kopie, distributie of andere verspreiding of gebruik door derden is verboden, tenzij anders vermeld. De afzender kan niet verantwoordelijk worden gesteld voor enige wijziging van zijn bericht tijdens de elektronische transmissie.

---

"七件武器，七种完美" 立刻体验！

---

"七件武器，七种完美" 立刻体验！

# NOTES

**PAGE / LINE**

# NOTES

**PAGE / LINE**