Cause No. 338313

| | | |
|---|---|---|
| TOM RETZLAFF<br>Plaintiff, | § § § | IN THE COUNTY COURT |
| v. | § § | AT LAW NO. 3 |
| RICARDO ROMO | § § | |
| Defendant. | § § | BEXAR COUNTY, TEXAS |

### ORDER

Before this Court is *Plaintiff's First Supplemental Petition* and its underlying pleading filed by Plaintiff Tom Retzlaff, seeking relief to suspend and undo the University of Texas at San Antonio's Decision-letter, which identified misconduct committed by Retzlaff and that expelled him as a UTSA student for this misconduct. Plaintiff Retzlaff also asks the Court to require UTSA to undertake consideration of an (untimely) administrative appeal of the Decision.

Having considered the merits of Retzlaff's requests and the related facts, relevant law, and any material Orders related to Retzlaff, this Court DENIES Retzlaff's request for relief. IT IS SO ORDERED.

Signed this 22 day of August, 2008.

_____
Presiding Judge

Mr. Thomas Retzlaff fax# (210)521-9146
Mr. Lars Hagen fax# (512)320-0667

EXHIBIT
L