UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO

| | | |
|---|---|---|
| TOM RETZLAFF | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | NO: 5:08-CV-00170-OLG |
| LYNDA YVONNE DE LA VINA, | § | |
| DIANE BAKER WALZ, KYLE | § | |
| MERLETTE SNYDER, KATHERINE | § | |
| ANNE POPE, | § | |
|     Defendants. | § | |

**TABLES AND AFFIDAVIT SUPPLEMENT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    To conclude their summary judgment submission—filed with this Court on January 30, 2009, as *Defendants' Motion and Brief for Summary Judgment* with companion evidence—Defendants Lynda de la Viña, Diane Walz, Kyle Snyder, and Katherine Pope hereby now also file:

1.     the table of contents for their motion and brief;

2.     the table of authorities for their motion and brief, and,

3.     Exhibit B (a 2-page Affidavit of Katherine Pope), which closes the record evidence in support of summary judgment.

Respectfully submitted,

GREG ABBOT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

    /s/      Lars Hagen
LARS HAGEN
Texas Bar No. 24034470
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (Telephone)
(512) 320-0667 (Facsimile)

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

With the understanding that Plaintiff is to be acting pro se and lacks e-notification of this filing, I hereby certify that a true and correct copy of the foregoing document and the above-listed items 1—3 have been served by U.S. Certified Mail on February 2, 2009, to the following:

LOUIS D MARTINEZ
1004 S ST MARY'S STREET
SAN ANTONIO TEXAS 78205
210-222-8785 (office)
210-223-1263 (Fax)
SBOT# 24037038

TOM RETZLAFF
PO BOX 92
SAN ANTONIO, TEXAS 78291 0092
210-317-9800 (office)
210-521-9146 FAX

    /s/      Lars Hagen
LARS HAGEN
Assistant Attorney General