IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TOM RETZLAFF,
   Plaintiff,

Vs.

LYNDA YVONNE DE LA VINA,     CIVIL ACTION NO. 5:08-CV-00170-OLG
DIANE BAKER WALZ, KYLE
MERLETTE SNYDER, KATHERINE ANNE
POPE,
   Defendants.

## PLAINTIFF'S
## MOTION TO SUPPRESS DEPOSITION
## OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

1. Plaintiff's moves for an order suppressing the September 24, 2008, deposition and protecting him from any use of that deposition.

2. The grounds for this motion are: Defense counsel interfered with plaintiff's right to have counsel and to confer with counsel at this deposition, in violation of plaintiff's fundamental Constitutional rights. Defense counsel instructed plaintiff's attorney, Louis Martinez, to leave the deposition are and to not take part in the deposition. To make matters worse, plaintiff's counsel basically did just that! Thus, plaintiff's counsel was wholly ineffective!!

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities, along with attached exhibits.

1

In addition, plaintiff requests an evidentiary hearing so that he could present sworn testimony in support of this motion.

4. Please take note that plaintiff will bring this motion for hearing before this court on_____, at_____, in San Antonio, Texas.

Respectfully submitted,

Tom Retzlaff
PO Box 92
San Antonio, Texas 78291-0092
(210) 317-9800 OFFICE
(210) 521-9146 FAX

PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of plaintiff's motion and notice of motion to suppress deposition and for a protective order was served on defendants through their counsel of record, Lars Hagen, by telephonic document transfer to fax number (512) 320-0667, on February 20, 2009, before 5:00 p.m. local time of the recipient.

Tom Retzlaff

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

TOM RETZLAFF,
  Plaintiff,

Vs.

LYNDA YVONNE DE LA VINA,     CIVIL ACTION NO. 5:08-CV-00170-OLG
DIANE BAKER WALZ, KYLE
MERLETTE SNYDER, KATHERINE ANNE
POPE,
  Defendants.

## ORDER SETTING HEARING

By order of this court, a hearing has been set for plaintiff Tom Retzlaff's motion to suppress deposition on the_____day of_____, 2009, at_____ In the Federal Courthouse in San Antonio. Said hearing is for the receipt of testimony and evidence.

SIGNED this_____day of February, 2009.

X_____
    PRESIDING JUDGE

1