

# INTEGRITY
### legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

2008 OCT 16 PM 3:00
ATTORNEY GENERAL
ACCOUNTING DIV.

2008101702/498

## INVOICE

| Date | Invoice # |
|---|---|
| 10/16/2008 | 4777 |

**Bill To:**
Office of the Attorney General
Accounting - MC003
P.O. Box 12548
Austin, Texas 78711-2548

**Case:**
5;08-CV-00170-OLG

Tom Retzlaff
vs.
Lynda Yvonne De La Vina, et al.

All invoices are due and payable in Travis County, Texas.
Make checks payable to Integrity Legal Support Solutions.
Send checks to the address listed above.
Tax ID# 20-1005853   HUB # 1201005853000
Vendor ID# 1201005853   PO# 302-7-1443

| P.O. No. | Terms |
|---|---|
| 082495052 | Due upon receipt |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 9/24/2008 | Atty: Lars Hagen | | | |
| | 1.1 - Base Rate - Tom Retzlaff | 5 | 21.64 | 108.20 |
| | 1.5 - Original & Complimentary Copy | 221 | 4.55 | 1,005.55 |
| | 1.6 - Condensed Transcript with Index | 1 | 0.00 | 0.00 |
| | 1.11 - Insertion of Tabs for Exhibits in Excess of 5 Tabs | 8 | 0.22 | 1.76 |
| | 1.12 - Copying Pages in Exhibit in Excess of 50 Pages | 29 | 0.00 | 0.00 |
| | 1.13 - Transcript/Exhibit Binding | 2 | 0.00 | 0.00 |
| | 1.14 - Electronic Copy of Transcript/ASCII | 1 | 0.00 | 0.00 |
| | 1.17 - Signature Letter - Filing Letter | 1 | 10.82 | 10.82 |
| | Shipping/Handling - Original To Witness | 1 | 20.00 | 20.00 |
| | Subtotal | | | 1,146.33 |
| | 3.1 - Videotaping Services | 6 | 97.35 | 584.10 |
| | 3.9 - Tape Media and Archiving | 4 | 16.23 | 64.92 |
| | 3.11 - DVD Media and Archiving | 1 | 16.23 | 16.23 |
| | Subtotal | | | 665.25 |
| | Sales Tax - Non-Taxable Legal Services | | 0.00% | 0.00 |

Sent to: Ginger Morris  On: 10/20
This invoice has been received by Accounts Payable and appears to be a court cost expense. Please review and indicate your approval/disapproval for payment. Return to A/P in 5 days.
Approved by: _____ Date: 10/22/08
Case # AG # 082495052
___ Disapproved ___ Not our case ___ Not allowable or appropriate charges (you must provide a written explanation that A/P will forward to vendor)
Contact Pam McAndrews @ tel 475-4296 fax 397-1645

**TOTAL** $1,811.58

512-320-8690   512-320-8692   www.integrity-texas.com

**EXHIBIT A**